UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LAURE BOUDET,

                                Plaintiff,

-against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                Defendants.
------------------------------------------------------------------------X

07 CIV. 3098 (RMB)

DISCLOSURE STATEMENT PURSUANT TO F.R.C.P RULE 7.1

S I R S:

      **PLEASE TAKE NOTICE,** that the defendants, GREYHOUND LINES, INC. ("GLI") and LAIDLAW INTERNATIONAL, INC. ("LII"), by their attorneys, Fabiani Cohen & Hall, LLP, as and for their Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 sets forth as follows:

      GLI is a Delaware corporation. Laidlaw Transportation Holdings, Inc. ("LTHI") owns 100% of the stock of GLI. Laidlaw Transportation, Inc. ("LTI") owns 100% of the stock of LTHI. LII owns 100% of the stock of LTI.

      LII is a Delaware corporation. LII does not have any parent corporation. There is no publicly held corporation that owns 10% or more of LII's stock.

Dated:   New York, New York
           May 11, 2007

                                            Yours, etc.,
                                            FABIANI COHEN & HALL, LLP

                                            _____
                                            Kevin B. Pollak (KBP 6098)
                                            **Attorneys for Defendants**
                                            GREYHOUND LINES, INC.,
                                            and LAIDLAW INTERNATIONAL, INC.
                                            570 Lexington Avenue, 4th Floor
                                            New York, New York  10022
                                            (212) 644-4420

356801.1

TO:   **GOLBERG SEGALLA LLP**
**Attorneys for Plaintiff**
**170 Hamilton Avenue, Suite 203**
**White Plains, New York 10601-1717**
**(914) 798-5400**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CLAUDETTE RIGG, being duly sworn, says: I am not a party to this action, am over 18 years of age and I reside in the County of Kings, State of New York.

On the 11th day of May, 2007, I served the within:

**DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1**

Upon:

GOLBERG SEGALLA LLP
Attorneys for Plaintiff
170 Hamilton Avenue, Suite 203
White Plains, New York 10601-1717
(914) 798-5400

by first-class mail to the address designated by said parties for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
CLAUDETTE RIGG

Sworn to before me this
11th day of May, 2007.

_____
NOTARY PUBLIC

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20__

356916.1