| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 6313-2845 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br><br>**FILED**<br>**MAY 0 9 2007**<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br><br>Date:<br>Filing Fee: $10<br>Approved: *[signature]* |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

    **LAURE BOUDET** _____ first named plaintiff

    v.

    **LAIDLAW INTERNATIONAL, INC** _____ first named defendant

    Number _____

2. Name of corporation being served: **LAIDLAW INTERNATIONAL, INC.**
3. Title of court in which an action, suit or proceeding has been commenced: **FEDERAL COURT, NEW YORK**
4. Title of instrument being served: **SUMMONS and COMPLAINT**
5. Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ☒ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

    b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

    d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____ .

    e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: **LAIDLAW INTERNATIONAL, INC., 55 SHUMAN BOULEVARD, NAPERVILLE, ILLINOIS 60563**

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    *[signature]* Signature of Affiant    Month & Day: **5/27**    Year: **07**

    Telephone Number: **(516) 750-1398**

Return to (please type or print clearly):

Name: **JOHN STRAFFORD**

Street: **850 FULTON STREET**

City/Town: **FARMINGDALE**   State: **N.Y.**   ZIP: **11735**

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10