*Sabrina Ambrose*
*Pres. Spec.*

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE *April 24, 2007* |
| NAME OF SERVER (PRINT) *JOHN T. McKENNA* | TITLE *INS. INVESTIGATOR* |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: *SABRINA AMBROSE c/o CT CORPORATION 111 EIGHTH AVENUE NEW YORK, NEW YORK*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *April 24, 2007*    *John T. McKenna*
         Date                   Signature of Server

*STATEN ISLAND, N.Y.*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____

LAURE BOUDET,

      PLAINTIFF

      V.

GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.

      DEFENDANTS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV. 3098**

**Judge Berman**

TO: (Name and address of defendant)

GREYHOUND LINES, INC.
15110 N. DALLAS PARKWAY
DALLAS, TX 75248

LAIDLAW INTERNATIONAL, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM G. KELLY, ESQ.
GOLDBERG SEGALLA, LLP
170 HAMILTON AVENUE
SUITE 203
WHITE PLAINS, NEW YORK 10601
(914) 798-5400

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

APR 1 8 2007
DATE