STATE OF NEW YORK
DEPARTMENT OF MOTOR VEHICLES
6 EMPIRE STATE PLAZA
ALBANY, NY 12228

03/12/2007

LISA M ROBINSON, ESQ
GOLDBERG SEGALLA LLP
5789 WIDEWATERS PARKWAY
SYRACUSE, NY 13214

This is a receipt. This is in response to your request for copies of a motor vehicle accident report.

DMV Request Tracking #: 205715
Payment Type: Check (Manual)
Case: 31959656
Accident Date: 08/28/2006

Drivers:
1. BURGESS, RONALD
2. TAMBADOU, SOULEYMANE
3. DORCE, ANTONIDE
4. BARRY, HOMIDOU
5. GEORGE, DOREEN
6. TRANDUTRIEU, ROSY
7. CSILLAG, LORA
8. ULNA, MALARY
9. CADELIS, LYONEL
10. SOUMA, STEPHANIE
11. DAVID, ANNE-CLAUDE
12. RIVERA, JORGE
13. KALEBA, ELISEE LOMBO
14. FRIGONE, KARINE
15. MILAUD, LILIANE M
16. WENICK, ROCHELLE
17. KOIDE, MARIE
18. TALLEDO, CHRISTINA
19. BAGES, CAROLINA
20. GEIOGE, SHERRY ANN
21. GEIOGE, VOSHANA
22. BAH, MAMADOU
23. BAH, GNALEN
24. THORNTON, ANNIKA
25. BOUDET, LAURE
26. CRACIER, SYLVIA

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
MV-104A (7/01) — DMV COPY

Page 1 of 9 Pages

Local Codes: SPPK16000120
☐ AMENDED REPORT

31 662□□

19 47

## 1. Accident Info
- Accident Date: Month 08, Day 28, Year 2006
- Day of Week: Mon
- Military Time: 18:43
- No. of Vehicles: 1
- No. Injured: 48
- No. Killed: 5
- Not Investigated at Scene: ☐
- Accident Reconstructed: ☒
- Left Scene: ☐
- Police Photos: ☒ Yes ☐ No

20 X

## VEHICLE 1
- Driver License ID Number: 691717761
- State of Lic.: NY
- Driver Name: BURGESS, RONALD
- Address: 455 ACKERMAN AVE
- City or Town: CENTRAL ISLIP
- State: NY
- Zip Code: 11722
- Date of Birth: 07/11/1954
- Sex: M
- No. of Occupants: 53
- Public Property Damaged: ☒

### Registrant (Vehicle 1)
- Name: GREYHOUND BUS LINES INC
- Sex: U
- Address: 350 N ST PAUL MS350
- City: DALLAS, State: TX, Zip: 75201
- Plate Number: R7HW58
- State of Reg.: TX
- Vehicle Year & Make: 2000 MCIN
- Vehicle Type: BUS

## VEHICLE 2
(blank — single vehicle accident)

## Vehicle 1 Damage Codes
- Box 1 – Point of Impact: 1
- Box 2 – Most Damage: 17
- Vehicle Towed By: INTEGRITY To: NYS DOT PLATTS

## Vehicle Damage Coding
1–13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

## Accident Diagram
See the second page for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes ☐ No

## Location
- Reference Marker: 8 7 I
- Latitude/Northing: 615998
- Longitude/Easting: 4894127
- County: ESSE
- ☒ Town of: ELIZABETHTOWN, TOWN OF
- Road on which accident occurred: I-87 N/B
- at 1) intersecting street: ____
- or 2) 1 Mile S of MILE POS T MARKER 116

## Accident Description / Officer's Notes

INVESTIGATION REVEALED THAT APPROXIMATELY 6:45 PM, A 2000 MCI GREYHOUND MOTOR COACH, BEARING TEXAS REGISTRATION R7HW58, OPERATED BY RONALD BURGESS EN ROUTE TO MONTREAL, QUEBEC FROM NEW YORK CITY, NEW YORK, CARRYING FIFTY-TWO PASSENGERS. V-1 WAS TRAVELING NORTHBOUND ON I-87 TOWN OF ELIZABETHTOWN WHEN ITS LEFT FRONT TIRE FAILED, CAUSING VEHICLE ONE TO LOSE CONTROL. OPERATOR OF VEHICLE ONE WAS

## All Involved

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 4 | 1 | 52 | M | 12 | X | | 1 9994 | 1605 | BURGESS, RONALD | 08/28/2006 |
| B | 01 | 7 | 1 | 3 | 16 | M | X | X | | 1 9994 | 1605 | TAMBADOU, SOULEYMANE | 08/28/2006 |
| C | 01 | 7 | 1 | 3 | 81 | F | X | X | | 1 9994 | 1605 | DORCE, ANTONIDE | 08/28/2006 |
| D | 01 | 7 | 1 | 2 | 34 | M | X | X | | 1 9994 | 1605 | BARRY, HOMIDOU | 08/28/2006 |
| E | 01 | 7 | 1 | 2 | 79 | F | X | X | X | 9994 | 1605 | GEORGE, DOREEN | 08/28/2006 |
| F | 01 | 7 | 1 | X | 18 | F | X | X | X | 9993 | 1501 | TRANDUTRIEU, ROSY | |

Officer's Rank and Signature: Trooper  /s/
Print Name in Full: G M Stannard
Badge/ID No.: 2274
NCIC No.: 11502
Precinct/Post Troop/Zone: B3
Station/Beat/Sector: 35
Reviewing Officer: Weightman, S T
Date/Time Reviewed: 11/08/2006 16:13

# New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (7/01)  DMV COPY

Page 2 of 9 Pages
Local Codes: SPPK16000120
☐ AMENDED REPORT
31 662

**1. Accident Date:** Month 08, Day 28, Year 2006
**Day of Week:** Mon
**Military Time:** 18:43
**No. of Vehicles:** 1
**No. Injured:** 48
**No. Killed:** 5
**Not Investigated at Scene:** ☐
**Accident Reconstructed:** ☒
**Left Scene:** ☐
**Police Photos:** ☐ Yes ☐ No

## VEHICLE 1
(driver/owner fields blank)

## VEHICLE 2 / BICYCLIST / PEDESTRIAN / OTHER PEDESTRIAN
(blank)

**Accident Diagram:** See the second page for the accident diagram

**Cost of repairs to any one vehicle will be more than $1000.** ☒ Yes ☐ No

**Reference Marker:** 8 7 I / 1 2 1 1 / 1 3 3 9
**Coordinates:** Latitude/Northing 615998; Longitude/Easting 4894127
**Place Where Accident Occurred:** County ESSE, Town of ELIZABETHTOWN, TOWN OF
**Road on which accident occurred:** I-87 N/B
**at 1) intersecting street:** ___
**or 2):** 1 Miles S of MILE POST MARKER 116

### Accident Description/Officer's Notes
UNABLE TO CONTROL THE BUS. THE BUS LEFT THE WEST SHOULDER OF THE ROADWAY AND OVERTURNED AT LEAST ONE TIME IN THE MEDIAN. VEHICLE ONE CAME TO REST ON ITS ROOF APPROXIMATELY 500 FEET NORTH OF WERE IT LEFT THE ROADWAY. FIVE OCCUPANTS SUSTAINED FATAL INJURIES AND 48 PASSENGER WERE TRANSPORTED TO AREA HOSPITALS WITH INJURIES. NEW YORK STATE DEPARTMENT OF TRANSPORTATION NOTIFIED OF DAMAGE TO

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 28 | F | X | X | X | 9993 | 1501 | CSILLAG, LORA | |
| B | 01 | 7 | 1 | X | 73 | F | X | X | X | 9993 | 1501 | ULNA, MALARY | |
| C | 01 | 7 | 1 | X | 53 | M | X | X | X | 9993 | 1501 | CADELIS, LYONEL | |
| D | 01 | 7 | 1 | X | 38 | M | X | X | X | 9993 | 1501 | SOUMA, STEPHANIE | |
| E | 01 | 7 | 1 | X | 26 | F | X | X | X | 9993 | 1501 | DAVID, ANNE-CLAUDE | |
| F | 01 | 7 | 1 | X | 26 | M | X | X | X | 9993 | 1501 | RIVERA, JORGE | |

**Officer's Rank and Signature:** Trooper
**Print Name in Full:** G M Stannard
**Badge/ID No.:** 2274
**NCIC No.:** 11502
**Precinct/Post Troop/Zone:** B3
**Station/Beat/Sector:** 35
**Reviewing Officer:** Weightman, S T
**Date/Time Reviewed:** 11/08/2006 16:13

# POLICE ACCIDENT REPORT

New York State Department of Motor Vehicles
MV-104A (7/01)
DMV COPY

Page 3 of 9 Pages
Local Codes: SPPK16000120
☐ AMENDED REPORT

31 662

**1. Accident Date:** Month 08, Day 28, Year 2006
**Day of Week:** Mon
**Military Time:** 18:43
**No. of Vehicles:** 1
**No. Injured:** 48
**No. Killed:** 5
**Not Investigated at Scene:** ☐
**Accident Reconstructed:** ☒
**Left Scene:** ☐
**Police Photos:** ☒ Yes ☐ No

VEHICLE 1 | ☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

(Driver / registrant fields blank)

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

**Accident Diagram:** See the second page for the accident diagram

**Cost of repairs to any one vehicle will be more than $1000.** ☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

**Reference Marker:** 8 7 I / 1 2 1 1 / 1 3 3 9
**Coordinates:** Latitude/Northing: 615998   Longitude/Easting: 4894127

**Place Where Accident Occurred:**
County: ESSE   ☒ Town of ELIZABETHTOWN, TOWN OF
Road on which accident occurred: I-87 N/B
at 1) intersecting street: _____
or 2) 1 Miles ☒ S of MILE POST MARKER 116

**Accident Description/Officer's Notes:** GUIDE RAILS.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 33 | F | X | X | X | 9993 | 1501 | KALEBA, ELISEE LOMBO | |
| B | 01 | 7 | 1 | X | 31 | F | X | X | X | 9993 | 1501 | FRIGONE, KARINE | |
| C | 01 | 7 | 1 | X | 55 | F | X | X | X | 9993 | 1501 | MILAUD, LILIANE M | |
| D | 01 | 7 | 1 | X | 57 | F | X | X | X | 9993 | 1501 | WENICK, ROCHELLE | |
| E | 01 | 7 | 1 | X | 27 | F | X | X | X | 9993 | 1501 | KOIDE, MARIE | |
| F | 01 | 7 | 1 | X | 18 | F | X | X | X | 9993 | 1503 | TALLEDO, CHRISTINA | |

**Officer's Rank and Signature:** Trooper
**Print Name in Full:** G M Stannard
**Badge/ID No.:** 2274
**NCIC No.:** 11502
**Precinct/Post Troop/Zone:** B3
**Station/Beat Sector:** 35
**Reviewing Officer:** Weightman, S T
**Date/Time Reviewed:** 11/08/2006 16:13

# POLICE ACCIDENT REPORT

Page 4 of 9 Pages
New York State Department of Motor Vehicles
MV-104A (7/01)   DMV COPY
Local Codes: SPPK16000120
☐ AMENDED REPORT
31 662110

**Accident Date:** Month 08 Day 28 Year 2006
**Day of Week:** Mon
**Military Time:** 18:43
**No. of Vehicles:** 1
**No. Injured:** 48
**No. Killed:** 5
**Not Investigated at Scene:** ☐
**Accident Reconstructed:** ☒
**Left Scene:** ☐
**Police Photos:** ☒ Yes ☐ No

## VEHICLE 1

(Driver, License, Name, Address, City, State, Zip — all blank)

## VEHICLE 2 / BICYCLIST / PEDESTRIAN / OTHER PEDESTRIAN

(all blank)

### Vehicle Damage Coding:
1-13. SEE DIAGRAM ON RIGHT
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

**Accident Diagram:** See the second page for the accident diagram

**Cost of repairs to any one vehicle will be more than $1000.**
☐ Unknown/Unable to Determine  ☒ Yes  ☐ No

**Reference Marker:** 8 7 I / 1 2 1 1 / 1 3 3 9
**Coordinates:** Latitude/Northing: 615998  Longitude/Easting: 4894127

**Place Where Accident Occurred:**
County: ESSE  ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF
Road on which accident occurred: I-87 N/B
at 1) intersecting street: _____
or 2) 1 Miles ☒ S of MILE POST MARKER 116

### All Involved

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 26 | F | X | X | X | 9993 | 1503 | BAGES, CAROLINA | |
| B | 01 | 7 | 1 | X | 40 | F | X | X | X | 9993 | 1503 | GEIOGE, SHERRY ANN | |
| C | 01 | 7 | 1 | X | 4 | F | X | X | X | 9993 | 1503 | GEIOGE, VOSHANA | |
| D | 01 | 7 | 1 | X | 26 | M | X | X | X | 9993 | 5601 | BAH, MAMADOU | |
| E | 01 | 7 | 1 | X | 23 | F | X | X | X | 9993 | 5601 | BAH, GNALEN | |
| F | 01 | 7 | 1 | X | 21 | F | X | X | X | 9993 | 0901 | THORNTON, ANNIKA | |

**Officer's Rank and Signature:** Trooper /s/
**Print Name in Full:** G M Stannard
**Badge/ID No.:** 2274
**NCIC No.:** 11502
**Precinct/Post Troop/Zone:** B3
**Station/Beat/Sector:** 35
**Reviewing Officer:** Weightman, S T
**Date/Time Reviewed:** 11/08/2006 16:13

# New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (7/01)  ☐ AMENDED REPORT  DMV COPY

Page 5 of 9 Pages
Local Codes: SPPK16000120

31 662

## 1. Accident Information
- Accident Date: Month 08, Day 28, Year 2006
- Day of Week: Mon
- Military Time: 18:43
- No. of Vehicles: 1
- No. Injured: 48
- No. Killed: 5
- Not Investigated at Scene: ☐
- Accident Reconstructed: ☒
- Left Scene: ☐
- Police Photos: ☒ Yes ☐ No

VEHICLE 1 | ☐ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

(Driver/vehicle fields blank)

## Vehicle Damage Coding:
1–13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER         18. NO DAMAGE
16. OVERTURNED      19. OTHER

Accident Diagram: See the second page for the accident diagram

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

## Place Where Accident Occurred:
- Reference Marker: 8 7 I / 1 2 1 1 / 1 3 3 9
- Latitude/Northing: 615998
- Longitude/Easting: 4894127
- County: ESSE
- ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF
- Road on which accident occurred: I-87 N/B
- at 1) intersecting street: ____
- or 2) 1 Miles ☒ S of MILE POST MARKER 116

Accident Description/Officer's Notes: (blank)

USE COVER SHEET: N

## All Involved

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 29 | F | X | X | X | 9993 | 0901 | BOUDET, LAURE | |
| B | 01 | 7 | X | X | 56 | F | X | X | X | 9993 | 0901 | CRACIER, SYLVIA | |
| C | 01 | 7 | 1 | X | 56 | F | X | X | X | 9993 | 0901 | MACHOLD, ABI-SARA | |
| D | 01 | 7 | 1 | X | 28 | M | X | X | X | 9993 | 0901 | YOPA FEZE, CHRISTIAN | |
| E | 01 | 7 | 1 | X | 39 | M | X | X | X | 9993 | 0901 | SCHINDLER, JOHN | |
| F | 01 | 7 | 1 | X | 24 | M | X | X | X | 9993 | 0901 | GARCIA, PAOLA | |

Officer's Rank and Signature: Trooper
Print Name in Full: G M Stannard
Badge/ID No.: 2274
NCIC No.: 11502
Precinct/Post Troop/Zone: B3
Station/Beat/Sector: 35
Reviewing Officer: Weightman, S T
Date/Time Reviewed: 11/08/2006 16:13

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
MV-104A (7/01) — DMV COPY

Page 6 of 9 Pages
Local Codes: SPPK16000120
☐ AMENDED REPORT

31 662

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 08 | Day 28 | Year 2006 | Mon | 18:43 | 1 | 48 | 5 | Accident Reconstructed ☒ | ☐ | ☒ Yes ☐ No |

**VEHICLE 1** ☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

### Vehicle Damage Coding:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

See the second page for the accident diagram

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

**Place Where Accident Occurred:**
County: ESSE
☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF
Road on which accident occurred: I-87 N/B

Reference Marker: 8 7 I / 1 2 1 1 / 1 3 9
Coordinates: Latitude/Northing 615998   Longitude/Easting 4894127

at 1) intersecting street _____
or 2) ___1___ Feet/Miles   ☐ N ☒ S ☐ E ☐ W of MILE POST MARKER 116

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 54 | F | X | X | X | 9993 | 0901 | GARCIA, MARIA | |
| B | 01 | 7 | 1 | X | 23 | M | X | X | X | 9993 | 0901 | WANG, ZIBO | |
| C | 01 | 7 | 1 | X | 55 | M | X | X | X | 9993 | 0901 | PLACID, JOSEPH | |
| D | 01 | 7 | 1 | X | 49 | F | X | X | X | 9993 | 0901 | RENAUD, JOSEE | |
| E | 01 | 7 | 1 | X | 22 | F | X | X | X | 9993 | 0901 | LAROUCHE, CAROLINE A | |
| F | 01 | 7 | 1 | X | 26 | U | X | X | X | 9993 | 0901 | HONDA, AKIKO | |

Officer's Rank and Signature: Trooper
Print Name in Full: G M Stannard
Badge/ID No.: 2274
NCIC No.: 11502
Precinct/Post Troop/Zone: B3
Station/Beat Sector: 35
Reviewing Officer: Weightman, S T
Date/Time Reviewed: 11/08/2006 16:13

# POLICE ACCIDENT REPORT

**New York State Department of Motor Vehicles**
MV-104A (7/01) — DMV COPY

Page 7 of 9 Pages
Local Codes: SPPK16000120
31 662111

**Accident Date:** Month 08, Day 28, Year 2006
**Day of Week:** Mon
**Military Time:** 18:43
**No. of Vehicles:** 1
**No. Injured:** 48
**No. Killed:** 5
Accident Reconstructed: X

## VEHICLE 1
(blank)

## VEHICLE 2 / BICYCLIST / PEDESTRIAN / OTHER PEDESTRIAN
(blank)

**Vehicle Damage Coding:**
- 1-13. SEE DIAGRAM ON RIGHT.
- 14. UNDERCARRIAGE
- 15. TRAILER
- 16. OVERTURNED
- 17. DEMOLISHED
- 18. NO DAMAGE
- 19. OTHER

See the second page for the accident diagram

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes

**Reference Marker:** 8 7 1 / 1 2 1 1 / 1 3 3 9
**Coordinates:** Latitude/Northing 615998; Longitude/Easting 4894127

**Place Where Accident Occurred:**
County: ESSE ☒ Town of ELIZABETHTOWN, TOWN OF
Road on which accident occurred: I-87 N/B
at 1) intersecting street: _____
or 2) 1 Miles ☒ S of MILE POST MARKER 116

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 26 | M | X | X | X | 9992 | 0901 | BEDARD, GUILLAUME | |
| B | 01 | 7 | 1 | X | 27 | F | X | X | X | 9993 | 0901 | BOUCHARD, NATALIE | |
| C | 01 | 7 | 1 | X | 21 | M | X | X | X | 9993 | 0901 | ELIOSOFF, DANIEL | |
| D | 01 | 7 | 1 | X | 34 | M | X | X | X | 9993 | 0901 | RIOND, DAVID REGIS | |
| E | 01 | 7 | 1 | X | 25 | M | X | X | X | 9993 | 0901 | D'AMOURS, MARC-OLIVER | |
| F | 01 | 7 | 1 | X | 21 | F | X | X | X | 9993 | 0901 | LAWSON, JESSICA | |

**Officer's Rank and Signature:** Trooper
**Print Name in Full:** G M Stannard
**Badge/ID No:** 2274
**NCIC No:** 11502
**Precinct/Post Troop/Zone:** B3
**Station/Beat/Sector:** 35
**Reviewing Officer:** Weightman, S T
**Date/Time Reviewed:** 11/08/2006 16:13

Page 8 of 9 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT
MV-104A (7/01)

DMV COPY

Local Codes: SPPK16000120

☐ AMENDED REPORT

31 662110    19

| | Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Month 08 | Day 28 | Year 2006 | Mon | 18:43 | 1 | 48 | 5 | Accident Reconstructed ☒ | ☐ | ☐ Yes ☐ No |

20

**VEHICLE 1** | ☐ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

2 — VEHICLE 1 – Driver License ID Number / State of Lic. / Driver Name exactly as printed on license / Address / Apt. No. / City or Town / State / Zip Code

VEHICLE 2 – Driver License ID Number / State of Lic. / Driver Name exactly as printed on license / Address / Apt. No. / City or Town / State / Zip Code    21 / 22

3/1 — Date of Birth (Month/Day/Year) / Sex / Unlicensed ☐ / No. of Occupants / Public Property Damaged ☐ | Date of Birth / Sex / Unlicensed ☐ / No. of Occupants / Public Property Damaged ☐

Name—exactly as printed on registration / Sex / Date of Birth (Month/Day/Year) | Name—exactly as printed on registration / Sex / Date of Birth    23

4/1 — Address / Apt. No. / Haz. Mat. Code / Released ☐ / City or Town / State / Zip Code | Address / Apt. No. / Haz. Mat. Code / Released ☐ / City or Town / State / Zip Code    24

5/2 — Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code | Plate Number / State of Reg. / Vehicle Year & Make / Vehicle Type / Ins. Code

Ticket/Arrest Number(s) / Violation Section(s) | Ticket/Arrest Number(s) / Violation Section(s)

6/1 — **Check if Involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

**Check if Involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End 1. | Left Turn 3. | Right Angle 4. | Right Turn 5. | Head On 7.
Overtaking 2. | Left Turn 0. | | Right Turn 6. | Sideswipe 8.

**ACCIDENT DIAGRAM**    25 / 26

7/2 — Box 1 – Point of Impact | 1 | 2 | Box 1 – Point of Impact | 1 | 2
Box 2 – Most Damage | | | Box 2 – Most Damage | |
Enter up to three more Damage Codes | 3 | 4 | 5 | Enter up to three more Damage Codes | 3 | 4 | 5

Vehicle Towed: By / To | Vehicle Towed: By / To

See the second page for the accident diagram    27 / 2

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE    17. DEMOLISHED
15. TRAILER    18. NO DAMAGE
16. OVERTURNED    19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine    ☒ Yes    ☐ No    28 / 12

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 8 7 1 | Latitude/Northing: 615998 | County ESSE ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |
| 1 2 1 1 | | Road on which accident occurred I-87 N/B (Route Number or Street Name) |
| | | at 1) intersecting street _____ (Route Number or Street Name) |
| 1 3 3 9 | Longitude/Easting: 4894127 | or 2) 1 ☐N ☒S ☐E ☐W of MILE POST MARKER 116 |
| | | Feet Miles (Milepost, Nearest Intersecting Route Number or Street Name) |

29

Accident Description/Officer's Notes    30

USE COVER SHEET N

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 28 | M | X | X | X | 9993 | 0901 | CAPLIN, ROBERT | |
| B | 01 | 7 | 1 | X | 13 | M | X | X | X | 9993 | 0901 | SANTIAGO, LORENZO H | |
| C | 01 | 7 | 1 | X | 16 | F | X | X | X | 9993 | 0901 | SANTIAGO, KAREEM | |
| D | 01 | 7 | 1 | X | 27 | F | X | X | X | 9993 | 0901 | SANTIAGO, TERISTA | |
| E | 01 | 7 | 1 | X | 0 | M | X | X | X | 9993 | 0901 | PUNTEL, STEVEN | |
| F | 01 | 7 | 1 | X | 42 | F | X | X | X | 9993 | 0901 | TESANO, MARIE | |

| Officer's Rank and Signature | Trooper | Badge/ID No. 2274 | NCIC No. 11502 | Precinct/Post Troop/Zone B3 | Station/Beat/Sector 35 | Reviewing Officer Weightman, S T | Date/Time Reviewed 11/08/2006 16:13 |
|---|---|---|---|---|---|---|---|
| Print Name in Full | G M Stannard | | | | | | |

Page 9 of 9 Pages
Local Codes: SPPK16000120
☐ AMENDED REPORT

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
MV-104A (7/01)   DMV COPY

31 662110   19

## Accident Data

| Accident Date | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|
| Month 08 Day 28 Year 2006 | Mon | 18:43 | 1 | 48 | 5 | Accident Reconstructed ☒ | ☐ | ☐Yes ☐No |

**VEHICLE 1** — (Vehicle 2, Bicyclist, Pedestrian, Other Pedestrian: blank)

Driver/registration/plate fields: blank

## Place Where Accident Occurred

- County: ESSE[X]
- ☒ Town of: ELIZABETHTOWN, TOWN OF
- Road on which accident occurred: I-87 N/B
- at 2) 1 Mile ☒S of MILE POST MARKER 116

## Reference Marker / Coordinates

- Reference Marker: 8 7 I / 1 2 1 1 / 1 3 3 9
- Latitude/Northing: 615998
- Longitude/Easting: 4894127

## Accident Diagram

See the second page for the accident diagram

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes ☐ No

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 14 | F | X | X | X | 9993 | 0901 | TESANO, BERTHONY | |
| B | 01 | 7 | 1 | X | 32 | F | X | X | X | 9993 | 0901 | ANDERSON, KIRSTEN | |
| C | 01 | 7 | 1 | X | 24 | F | X | X | X | 9993 | 0901 | BICKFORD-BUSHEY, LAUREN | |
| D | 01 | 7 | 1 | X | 25 | F | X | X | X | 9993 | 0901 | LAMARSHE, CYNTHIA | |
| E | 01 | 7 | 1 | X | 67 | F | X | X | X | 9993 | 0901 | BERTAND, JACQUELINE | |

Officer's Rank and Signature: Trooper
Print Name in Full: G M Stannard
Badge/ID No.: 2274
NCIC No.: 11502
Precinct/Post Troop/Zone: B3
Station/Beat/Sector: 35
Reviewing Officer: Weightman, S T
Date/Time Reviewed: 11/08/2006 16:13


31 6621





**New York State Department of Motor Vehicles**
# POLICE REPORT FOR FATAL MOTOR VEHICLE ACCIDENTS
MV-104D (3/02)

31 66211

Page 1 of 5 Pages

| Local Code | Accident Date Month/Day/Yr | Military Time | County | City/Town/Village | No. Killed | No. of Vehicles | Work Related |
|---|---|---|---|---|---|---|---|
| SPPK16000120 | 08 / 28 / 2006 | 18:43 | ESSE | ELIZABETHTOWN, | 5 | 1 | ☒ Yes ☐ No |

**Name and Address of Deceased**
BURGESS, RONALD    455 ACKERMAN AVE    CENTRAL ISLIP   NY  11722

## ACCIDENT DATA

| Speed Limit (MPH) | Location (Route Number or Street Name) |
|---|---|
| 65 | I-87 N/B |

**Estimated Speed:**
Vehicle 1 _____ MPH  ☒ Unknown    Vehicle 2 _____ MPH ☐ Unknown    Vehicle 3 _____ MPH ☐ Unknown

**Vehicle Model (for example, Mustang or Corvette):**
Vehicle 1  BUS    Vehicle 2 _____    Vehicle 3 _____

**Roadway Surface:**
☐ Concrete  ☒ Blacktop  ☐ Brick or Block  ☐ Dirt  ☐ Slag  ☐ Gravel  ☐ Stone  ☐ Other

**No. of Lanes:** 2   **Roadway Flow:** ☐ One Way Traffic   ☒ Divided highway, median strip   ☐ Divided highway, guard rail
☐ Divided highway, other barrier or barrier type unknown   ☐ Not physically divided

**EMERGENCY MEDICAL SERVICES** Time (Military):
Notified .......... 18:44
Arrived at Scene .......... 18:55
Arrived at Hospital .......... 05:00

**HOSPITAL INFORMATION**
If the victim was taken to a hospital outside of NYS, give the name, county and state of that hospital:
ADIRONDACK MEDICAL CENTER SARANAC LAKE SITE, FRANKLIN, NY

If the victim was transferred to another hospital (after initial transportation), give the name, county and state of that hospital:

## OCCUPANT DATA

| | Name | Deceased Yes/No | Time of Death | Extricated Yes/No** | Type of Extrication Equip. Used | Air Bags Deployed Yes/No | Not in Vehicle | Initial Point of Impact to Vehicle*** |
|---|---|---|---|---|---|---|---|---|
| 01 | D  BURGESS, RONALD | Y | 18:43 | Y | | N | N | FRONT LEFT |
| | TAMBADOU, SOULEYMANE | Y | | N | | N | N | |
| | DORCE, ANTONIDE | Y | | N | | N | N | |
| | BARRY, HOMIDOU | Y | | Y | JAWS OF LIFE | N | N | |
| | GEORGE, DOREEN | Y | | Y | JAWS OF LIFE | N | N | |
| | TRANDUTRIEU, ROSY | N | | N | | N | N | |
| | CSILLAG, LORA | N | | N | | N | N | |
| | ULNA, MALARY | N | | N | | N | N | |
| | CADELIS, LYONEL | N | | N | | N | N | |

\* This includes any type of EMS service (for example, fire, police, private). If you are unable to furnish the EMS data, please give the name, address and plate number of the ambulances so we can contact them.

\*\* To be "extricated," the victim must be pried from the wreckage. Unfastening the seat belt is not considered "extricated".

\*\*\* Indicate the first area of the vehicle that was impacted, for example, right front, undercarriage.

**Additional Information**

| SIGN HERE | Officer's Rank and Signature Trooper | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| | Print Name in Full  G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |



New York State Department of Motor Vehicles
# POLICE REPORT FOR FATAL MOTOR VEHICLE ACCIDENTS
MV-104D (3/02)

31 662

Page 2 of 5 Pages

| Local Code | Accident Date Month/Day/Yr. | Military Time | County | City/Town/Village | No. Killed | No. of Vehicles | Work Related |
|---|---|---|---|---|---|---|---|
| SPPK16000120 | 08 28 2006 | 18:43 | ESSE | ELIZABETHTOWN, | 5 | 1 | ☒ Yes ☐ No |

| Name and Address of Deceased | | | | |
|---|---|---|---|---|
| TAMBADOU, SOULEYMANE | 12435 AVE DE SAINT-CASTIN | | MONTREAL | QC H3M2L9 |

## ACCIDENT DATA

| Speed Limit (MPH) | Location (Route Number or Street Name) |
|---|---|
| 65 | I-87 N/B |

Estimated Speed:
Vehicle 1 ____ MPH  ☒ Unknown    Vehicle 2 ____ MPH  ☐ Unknown    Vehicle 3 ____ MPH  ☐ Unknown

Vehicle Model (for example, Mustang or Corvette):
Vehicle 1  BUS    Vehicle 2 _____    Vehicle 3 _____

Roadway Surface:
☐ Concrete    ☒ Blacktop    ☐ Brick or Block    ☐ Dirt    ☐ Slag    ☐ Gravel    ☐ Stone    ☐ Other

| No. of Lanes | Roadway Flow: | ☐ One Way Traffic | ☒ Divided highway, median strip | ☐ Divided highway, guard rail |
| 2 | | ☐ Divided highway, other barrier or barrier type unknown | | ☐ Not physically divided |

| EMERGENCY MEDICAL SERVICES* Time (Military): | HOSPITAL INFORMATION |
|---|---|
| Notified ........... 18:44 | If the victim was taken to a hospital outside of NYS, give the name, county and state of that hospital: |
| Arrived at Scene ... 18:55 | ADIRONDACK MEDICAL CENTER SARANAC LAKE SITE, FRANKLIN, NY |
| Arrived at Hospital ... 05:00 | If the victim was transferred to another hospital (after initial transportation), give the name, county and state of that hospital: |

## OCCUPANT DATA

| Name | Deceased Yes/No | Time of Death | Extricated Yes/No** | Type of Extrication Equip. Used | Air Bags Deployed Yes/No | Not in Vehicle | Initial Point of Impact to Vehicle*** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* This includes any type of EMS service (for example, fire, police, private). If you are unable to furnish the EMS data, please give the name, address and plate number of the ambulances so we can contact them:

** To be "extricated," the victim must be pried from the wreckage. Unfastening the seat belt is not considered "extricated".
*** Indicate the first area of the vehicle that was impacted, for example, right front, undercarriage.

Additional Information

| SIGN HERE | Officer's Rank and Signature Trooper  /s/ | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| | Print Name in Full  G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |




# New York State Department of Motor Vehicles
## POLICE REPORT FOR FATAL MOTOR VEHICLE ACCIDENTS
MV-104D (3/02)

31 662

Page 3 of 5 Pages

| Local Code | Accident Date Month/Day/Yr. | Military Time | County | City/Town/Village | No. Killed | No. of Vehicles | Work Related |
|---|---|---|---|---|---|---|---|
| SPPK16000120 | 08 28 2006 | 18:43 | ESSE | ELIZABETHTOWN, | 5 | 1 | ☒ Yes ☐ No |

| Name and Address of Deceased | | | |
|---|---|---|---|
| DORCE, ANTONIDE | 89 BELMONT PKWY | HEMPSTEAD | NY 11550 |

## ACCIDENT DATA

| Speed Limit (MPH) | Location (Route Number or Street Name) |
|---|---|
| 65 | I-87 N/B |

**Estimated Speed:**
Vehicle 1 ____ MPH ☒ Unknown   Vehicle 2 ____ MPH ☐ Unknown   Vehicle 3 ____ MPH ☐ Unknown

**Vehicle Model** (for example, Mustang or Corvette):
Vehicle 1: BUS   Vehicle 2: ____   Vehicle 3: ____

**Roadway Surface:**
☐ Concrete  ☒ Blacktop  ☐ Brick or Block  ☐ Dirt  ☐ Slag  ☐ Gravel  ☐ Stone  ☐ Other

| No. of Lanes | Roadway Flow: |
|---|---|
| 2 | ☐ One Way Traffic  ☒ Divided highway, median strip  ☐ Divided highway, guard rail  ☐ Divided highway, other barrier or barrier type unknown  ☐ Not physically divided |

**EMERGENCY MEDICAL SERVICES**  Time (Military):
- Notified: 18:44
- Arrived at Scene: 18:55
- Arrived at Hospital: 05:00

**HOSPITAL INFORMATION**
If the victim was taken to a hospital outside of NYS, give the name, county and state of that hospital:
ADIRONDACK MEDICAL CENTER SARANAC LAKE SITE, FRANKLIN, NY

If the victim was transferred to another hospital (after initial transportation), give the name, county and state of that hospital: , ,

## OCCUPANT DATA

| Name | Deceased Yes/No | Time of Death | Extricated Yes/No** | Type of Extrication Equip. Used | Air Bags Deployed Yes/No | Not in Vehicle | Initial Point of Impact to Vehicle*** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

\* This includes any type of EMS service (for example, fire, police, private). If you are unable to furnish the EMS data, please give the name, address and plate number of the ambulances so we can contact them.

\** To be "extricated," the victim must be pried from the wreckage. Unfastening the seat belt is not considered "extricated".

\*** Indicate the first area of the vehicle that was impacted, for example, right front, undercarriage.

**Additional Information**

| SIGN HERE | Officer's Rank and Signature: Trooper | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| | Print Name in Full: G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |

 

**New York State Department of Motor Vehicles**
## POLICE REPORT FOR FATAL MOTOR VEHICLE ACCIDENTS
MV-104D (3/02)

31 662

Page 4 of 5 Pages

| Local Code | Accident Date | Military Time | County | City/Town/Village | No. Killed | No. of Vehicles | Work Related |
|---|---|---|---|---|---|---|---|
| SPPK16000120 | Month 08 Day 28 Yr. 2006 | 18:43 | ESSE | ELIZABETHTOWN, | 5 | 1 | ☒Yes ☐No |

**Name and Address of Deceased**
BARRY, HOMIDOU    3271 AV VAN HORNE APT 24    MONTREAL    QC    H3S7R3

## ACCIDENT DATA

| Speed Limit (MPH) | Location (Route Number or Street Name) |
|---|---|
| 65 | I-87 N/B |

**Estimated Speed:**
Vehicle 1 ____ MPH  ☒ Unknown    Vehicle 2 ____ MPH  ☐ Unknown    Vehicle 3 ____ MPH  ☐ Unknown

**Vehicle Model (for example, Mustang or Corvette):**
Vehicle 1  BUS    Vehicle 2 ____    Vehicle 3 ____

**Roadway Surface:**
☐ Concrete   ☒ Blacktop   ☐ Brick or Block   ☐ Dirt   ☐ Slag   ☐ Gravel   ☐ Stone   ☐ Other

**No. of Lanes:** 2   **Roadway Flow:** ☐ One Way Traffic   ☒ Divided highway, median strip   ☐ Divided highway, guard rail
☐ Divided highway, other barrier or barrier type unknown   ☐ Not physically divided

### EMERGENCY MEDICAL SERVICES*
Time (Military):
- Notified .................. 18:44
- Arrived at Scene ........ 18:55
- Arrived at Hospital ..... 05:00

### HOSPITAL INFORMATION
If the victim was taken to a hospital outside of NYS, give the name, county and state of that hospital:
ADIRONDACK MEDICAL CENTER SARANAC LAKE SITE, FRANKLIN, NY

If the victim was transferred to another hospital (after initial transportation), give the name, county and state of that hospital:

## OCCUPANT DATA

| Name | Deceased Yes/No | Time of Death | Extricated Yes/No** | Type of Extrication Equip. Used | Air Bags Deployed Yes/No | Not in Vehicle | Initial Point of Impact to Vehicle*** |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

\* This includes any type of EMS service (for example, fire, police, private). If you are unable to furnish the EMS data, please give the name, address and plate number of the ambulances so we can contact them:

\*\* To be "extricated," the victim must be pried from the wreckage. Unfastening the seat belt is not considered "extricated".
\*\*\* Indicate the first area of the vehicle that was impacted, for example, right front, undercarriage.

**Additional Information**

| SIGN HERE | Officer's Rank and Signature: Trooper | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
|  | Print Name in Full: G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |




New York State Department of Motor Vehicles
# POLICE REPORT FOR FATAL MOTOR VEHICLE ACCIDENTS
MV-104D (3/02)

31 662011

Page 5 of 5 Pages

| Local Code | Accident Date Month/Day/Yr | Military Time | County | City/Town/Village | No. Killed | No. of Vehicles | Work Related |
|---|---|---|---|---|---|---|---|
| SPPK16000120 | 08 28 2006 | 18:43 | ESSE | ELIZABETHTOWN, | 5 | 1 | ☒Yes ☐No |

| Name and Address of Deceased | | | | |
|---|---|---|---|---|
| GEORGE, DOREEN | 5080 DECOURTRAI AVE 25 | | MONTREAL | QC H3S7R3 |

## ACCIDENT DATA

| Speed Limit (MPH) | Location (Route Number or Street Name) |
|---|---|
| 65 | I-87 N/B |

**Estimated Speed:**
Vehicle 1 ___ MPH ☒ Unknown   Vehicle 2 ___ MPH ☐ Unknown   Vehicle 3 ___ MPH ☐ Unknown

**Vehicle Model (for example, Mustang or Corvette):**
Vehicle 1: BUS   Vehicle 2: ___   Vehicle 3: ___

**Roadway Surface:**
☐ Concrete   ☒ Blacktop   ☐ Brick or Block   ☐ Dirt   ☐ Slag   ☐ Gravel   ☐ Stone   ☐ Other

**No. of Lanes:** 2   **Roadway Flow:** ☐ One Way Traffic   ☒ Divided highway, median strip   ☐ Divided highway, guard rail
☐ Divided highway, other barrier or barrier type unknown   ☐ Not physically divided

| EMERGENCY MEDICAL SERVICES Time (Military): | HOSPITAL INFORMATION: If the victim was taken to a hospital outside of NYS, give the name, county and state of that hospital: |
|---|---|
| Notified 18:44 | ADIRONDACK MEDICAL CENTER SARANAC LAKE SITE, FRANKLIN, NY |
| Arrived at Scene 18:55 | If the victim was transferred to another hospital (after initial transportation), give the name, county and state of that hospital: |
| Arrived at Hospital 05:00 | |

## OCCUPANT DATA

| Name | Deceased Yes/No | Time of Death | Extricated Yes/No** | Type of Extrication Equip. Used | Air Bags Deployed Yes/No | Not in Vehicle | Initial Point of Impact to Vehicle*** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

\* This includes any type of EMS service (for example, fire, police, private). If you are unable to furnish the EMS data, please give the name, address and plate number of the ambulances so we can contact them.

\*\* To be "extricated," the victim must be pried from the wreckage. Unfastening the seat belt is not considered "extricated".
\*\*\* Indicate the first area of the vehicle that was impacted, for example, right front, undercarriage.

**Additional Information**

| SIGN HERE | Officer's Rank and Signature: Trooper | Badge/ID No. 2274 | NCIC No. 11502 | Precinct/Post Troop/Zone B3 | Station/Beat/Sector 35 | Reviewing Officer Weightman, S T | Date/Time Reviewed 11/08/2006 16:13 |
|---|---|---|---|---|---|---|---|
| | Print Name in Full: G M Stannard | | | | | | |

New York State Department of Motor Vehicles

# TRUCK and BUS SUPPLEMENTAL POLICE ACCIDENT REPORT

MV-104S (2/02)




Page 1 of 1 Pages
Local Codes
SPPK16000120

☐ AMENDED REPORT

31 662

**INSTRUCTIONS:** You must complete this form ONLY
- if at least one of the vehicles involved is
  - a truck with 6 or more tires; or
  - a vehicle with a Haz Mat placard; or
  - a bus designed to carry 16 or more persons
- AND at least one of the following conditions is met
  - at least one person sustained fatal injuries
  - at least one person was transported for IMMEDIATE medical treatment

**Number of Qualifying Vehicles Involved:**
- 0 Truck with 6 or more tires
- 0 A vehicle with a Haz Mat placard
- 1 Bus designed to carry 16 or more persons

**Number of Vehicles/Persons:**
- 1 Towed from scene due to damage
- 5 Sustaining fatal injuries
- 48 Transported for IMMEDIATE medical treatment

| ACCIDENT DATE | | | Military Time | COUNTY | CITY/TOWN/VILLAGE |
|---|---|---|---|---|---|
| MO. 08 | DAY 28 | YEAR 2006 | 18:43 | ESSE | ELIZABETHTOWN, TOWN OF |

DRIVER License ID # 6 9 1 7 1 7 7 6 1

Driver Name: BURGESS, RONALD    Date of Birth: MO. 07 DAY 11 YR. 1954 SEX M    MV-104A/AN VEH NUMBER 01 / 5

CARRIER'S NAME: GREYHOUND LINES INC

SOURCE
1 Vehicle side   4 Other
2 Shipping papers   5 Unknown
3 Driver   6 Log Book    6

STREET OR P.O. BOX: 350 N ST PAUL MS350    CITY: DALLAS    STATE: TX    ZIP CODE: 75201    TOTAL AXLES (includes trailers): 3 / 7

CARRIER'S IDENTIFICATION NUMBERS: US DOT 4 4 1 1 0    ICC MC    PLATE NUMBER: R7HW58    STATE OF REG.: TX

GROSS VEHICLE WEIGHT RATING
Truck/Tractor ___ lbs.   Total All Trailer(s) ___ lbs.

VEHICLE IDENTIFICATION NUMBER: 1 M 8 P D M R A 6 Y P 0 5 2 5 5 1

**VEHICLE CONFIGURATION** — 1 / 1
- 0 4 tires With Haz Mat Placard
- 1 Bus
- 2 Single-unit truck: 2 axles, 6 tires
- 3 Single-unit truck: 3 or more axles
- 4 Truck/trailer
- 5 Tractor (no trailer)
- 6 Tractor/semi-trailer
- 7 Tractor/doubles
- 8 Tractor/triples
- 9 Unknown heavy truck

**TRAFFIC WAY** — 2 / 8
1 Not physically divided (2-way traffic)
2 Divided highway, median strip, without traffic barrier
3 Divided highway, median strip with traffic barrier
4 One-way traffic

**CARGO BODY TYPE** — 1 / 2
1 Bus   4 Flatbed   7 Auto Transporter
2 Van/enclosed box   5 Dump   8 Garbage/Refuse
3 Cargo tank   6 Concrete mixer   9 Other

**ACCESS CONTROL** — 2 / 9
1 No control (unlimited access)
2 Full control (only ramp entry and exit)
3 Other

**HAZARDOUS MATERIALS INVOLVEMENT** — 3 / 2
Does vehicle have Haz Mat placard?   1 Yes   2 No

COPY FROM PLACARD:
4-digit identification number from diamond/orange panel
1 or 2-digit number from bottom of diamond:

NAME OF HAZ MAT CLASS: ____

WAS HAZARDOUS CARGO RELEASED FROM VEHICLE? (Other than fuel from fuel tank) — 4 / 2
1 Yes   2 No

**SEQUENCE OF EVENTS (FOR THIS VEHICLE)** — 10
NON-COLLISION:
01 Ran off road
02 Jackknife
03 Overturn/Rollover
04 Downhill runaway
05 Cargo loss or shift
06 Explosion or fire
07 Separation of units

COLLISION WITH:
08 Pedestrian
09 Motor vehicle in transport
10 Parked motor vehicle
11 Train
12 Pedalcycle
13 Animal
14 Fixed object
15 Other object*
16 Other* (non-collision)
17 In-Line Skater

1st 1    2nd 14    3rd 3    4th 13

(* Describe in Explanation Section)

**APPARENT DRIVER CONDITION** — 14 / 8
1 Appeared Normal   5 Fatigue
2 Had been drinking   6 Asleep
3 Illegal drug use   7 Medication
4 Sick   8 Unknown

EXPLANATION:

OFFICER'S RANK AND SIGNATURE: Trooper [signature]    BADGE/ID NO. 2274    NCIC NO. 11502    DATE OF REPORT 08/28/2006

PRINT NAME IN FULL: G M Stannard

## PART E – EXTRAS /PRESS REVIEWS AND SOME INTERNET LINKS ABOUT THE GREYHOUND BUS CRASH OF AUGUST 28, 2006.

http://www.pressrepublican.com/apps/pbcs.dll/article?AID=2006608300326
**August 30, 2006**
**News - Scene of I-87 bus crash compared to 'battlefield'**
By: Lohr McKinstry
Staff Writer
**The victim photographied is Laure Boudet.**



Firefighter Daniel Faber of Wadhams holds a victim's hand while Dr. Tina Chahil treats her at the site of an Interstate 87 bus crash Monday evening.
Staff Photo/Lohr McKinstry
http://images.pressrepublican.com/apps/pbcsi.dll/bilde?Site=PP&Date=20060830&Category=NEWS&ArtNo=608300326&Ref=AR&MaxW=400&MaxH=400&title=1&border=0,

ELIZABETHTOWN — One rescuer says Monday's Interstate 87 bus crash that killed five people and injured dozens "looked like a battlefield" when he arrived.
A passenger told CBC News in Canada that he thought he was going to die as he bounced around inside the rolling bus.
Rob Kaplan of Long Island, a student at Concordia University in Montreal, was returning to school to start his second year when the bus flipped over on the Adirondack Northway between exits 30 and 31.
Kaplan, who had facial injuries, told CBC News he was asleep when driver Ronald Burgess of Central Islip lost control of the bus.
"It was the most terrifying thing I've ever experienced. We flipped over like four times, and I was knocked out. People had terrible injuries. I'm not really OK. I'm in terrible pain. Everything hurts.
"People had injuries so much worse than mine."