## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Rule 26 Disclosure** was served via first class mail on this 26 day of June 2007, upon:

Fabini, Cohen & Hall, LLP
Kevin B. Pollak
*Attorneys for Defendants*
570 Lexington Avenue
4th Floor
New York, New York 10022

William Kelly, Esq.
Bar Roll: 2982