UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURE BOUDET, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Civil Action No.: 07 CIV 3098 (PKL) |
| -vs- | |
| GREYHOUND LINES, INC., and LAIDLAW INTERNATIONAL, INC., | |
| **Defendants.** | |

**PLEASE TAKE NOTICE** that Lisa M. Robinson, of Goldberg Segalla LLP, appears as attorney for the Plaintiff, LAURE BOUDET, in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Lisa M. Robinson, Goldberg Segalla LLP, 5789 Widewaters Parkway, Syracuse, New York 13214, lrobinson@goldbergsegalla.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

**Dated:** Syracuse, New York
September 25, 2007

GOLDBERG SEGALLA, LLP

*(signature)*

Lisa M. Robinson
Bar No.: LR2782
*Attorneys for Plaintiff,*
   Laure Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
Telephone: (315) 413-5400
lrobinson@goldbergsegalla.com

TO:   FABINI, COHEN & HALL, LLP
      Kevin B. Pollak
      *Attorneys for Defendants,*
         Greyhound Lines, Inc. and
         Laidlaw International, Inc.
      570 Lexington Avenue
      4th Floor
      New York, New York 10022
      Telephone: (212) 644-4420