UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURE BOUDET,

                      Plaintiff,

-vs-

GREYHOUND LINES, INC., and
LAIDLAW INTERNATIONAL, INC.

                      Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.: 07 CIV 3098 (PKL)

### CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed a Notice of Appearance of Lisa M. Robinson, Esq. on behalf of the Plaintiff with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:.

- **Kevin Bennett Pollak: pollakk@fcllp.com**

Dated: Syracuse, New York
       September 25, 2007

                                                  *Amy Bates*
                                                  AMY BATES

Sworn to before me the
25th day of September, 2007.

_____
Notary Public

LISA M. ROBINSON
Notary Public, State of New York
No. 01CO5055332
Qualified in Oswego County
Commission Expires Feb. 05, 2010