UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURE BOUDET, | NOTICE OF APPEARANCE |
| Plaintiff, | |
| -vs- | Civil Action No.: 07 CIV 3098 (PKL) |
| GREYHOUND LINES, INC., and LAIDLAW INTERNATIONAL, INC. | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Kenneth M. Alweis, of Goldberg Segalla LLP, appears as attorney for the Plaintiff, LAURE BOUDET, in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Kenneth M. Alweis, Goldberg Segalla LLP, 5789 Widewaters Parkway, Syracuse, New York 13214.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

Dated: Syracuse, New York
        October 24, 2007

                                    GOLDBERG SEGALLA, LLP

                                    _____
                                    Kenneth M. Alweis, Esq.
                                    Attorney Bar No.: KA9945
                                    *Attorneys for Plaintiff,*
                                       Laure Boudet
                                    5789 Widewaters Parkway
                                    Syracuse, New York 13214
                                    Telephone: (315) 413-5400
                                    kalweis@goldbergsegalla.com

TO:   Fabini, Cohen & Hall, LLP
      Kevin B. Pollak
      *Attorneys for Defendants*
      570 Lexington Avenue
      4th Floor
      New York, New York 10022
      (212) 644-4420