UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURE BOUDET, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| | Civil Action No.: 07 CIV 3098 (PKL) |
| -vs- | |
| GREYHOUND LINES, INC., and LAIDLAW INTERNATIONAL, INC. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed a Notice of Appearance of Kenneth M. Alweis, Esq. on behalf of the Plaintiff with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:.

- **Kevin Bennett Pollak: pollakk@fcllp.com**

Dated: Syracuse, New York
      **October 24, 2007**

                                                  AMY BATES

Sworn to before me the
24th day of October, 2007.

_____
Notary Public

CAROLYN A. DASHNAW
Notary Public In The State Of New York
Qualified In Oswego County, No. 01RI5060964
Commission Expires May 28, 20__