UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as the Mother and Natural Guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants,

                                                Plaintiffs,

                    - against -

GREYHOUND LINES, INC.,

                                                Defendant
------------------------------------------------------------------X

**STIPULATION**

**06 CIV. 7108 (PKL)**

Action No. 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA,

                                                Plaintiffs,

- against –

GREYHOUND LINES, INC.,

                                                Defendant
------------------------------------------------------------------X

**06 CIV. 7110 (PKL)**

Action No. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ZIBO WANG,

                                                Plaintiff,

- against -

GREYHOUND LINES, INC., and "Jane Doe" as Administrator of THE ESTATE OF RONALD BURGESS, Deceased,

                                                Defendants.
------------------------------------------------------------------X

**06 CIV. 11382 (PKL)**

Action No. 3

372143.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KIRSTEN ANDERSON,

                                             **Plaintiff,**

- against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                             **Defendant**
-----------------------------------------------------------------X

06 CIV. 13371 (PKL)

Action No. 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAURE BOUDET,

                                             **Plaintiff,**

-against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                             **Defendants.**
-----------------------------------------------------------------X

07 CIV. 3098 (PKL)

Action No. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATEOF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and
MARIE LILIANE MILARD,

                                             **Plaintiffs,**

- against -

GREYHOUND LINES, INC.,

                                             **Defendant**
-----------------------------------------------------------------X

07 CIV. 3289 (PKL)

Action No. 6

372143_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHRISTIAN YOPA and ABI-SARA MACHOLD,

                              Plaintiff,

      -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                            Defendants.
------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned matters and below referenced matter are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                            Plaintiffs,

      -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                            Defendants.
------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)

Action No. 8

372143_1

FABIANI COHEN & HALL, LLP

_____ (TBP60(?))
**Attorneys for Defendants**
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

TAUB & MAUDER

_____ CM6774
**Attorneys for Plaintiffs in Actions No. 1**
And Action No. 2 TERESITA
SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as mother and
natural guardian of KAREN SANTIAGO
DIAZ and HENRY LORENZO, infants;
MARIA MERCEDES ROSARIO
BRETON, FABIAN GARCIA and
PAOLA GARCIA
450 Seventh Avenue, 37th Floor
New York, New York 10123
(212) 967-1122    By Chad -(?)

RICH & RICH, P.C.

_____
**Attorneys for Plaintiff in Action No. 3**
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER

_____ (JK 7084)
**Attorneys for Plaintiffs in Action No. 4**
and Action No. 7 KIRSTEN
ANDERSON; CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP

_____
**Attorneys for Plaintiff in Action No 5**
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.

_____ (RP4953)
**Attorneys for Plaintiff in Action No 6**
BETTY DORCE EXUME, as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

372143_1

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

by /s/ Howard Pidell (5114/HP)
---

Attorneys for Plaintiffs in Action No. 8
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural
Guardian of VOSHONA GEORGE, Infant,
and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased,
200 W 57th Street
New York, New York 10019


Dated: New York, New York
       November 15, 2007


SO ORDERED 11/15/07

_____
USDJ

372143_1