USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as the Mother and Natural Guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants,

                                Plaintiffs,

              - against -

GREYHOUND LINES, INC.,

                                Defendant
-------------------------------------------------------------X

STIPULATION
OF DISCONTINUANCE

06 CIV. 7108 (PKL)

Action No. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA,

                                Plaintiffs,

              - against –

GREYHOUND LINES, INC.,

                                Defendant
-------------------------------------------------------------X

06 CIV. 7110 (PKL)

Action No. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZIBO WANG,

                                Plaintiff,

              - against -

GREYHOUND LINES, INC., and "Jane Doe" as Administrator of THE ESTATE OF RONALD BURGESS, Deceased,

                                Defendants.
-------------------------------------------------------------X

06 CIV. 11382 (PKL)

Action No. 3

373020.1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIRSTEN ANDERSON,
                                                                        06 CIV. 13371 (PKL)
                                   Plaintiff,

          - against -                                                   Action No. 4

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                   Defendant
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAURE BOUDET,
                                                                        07 CIV. 3098 (PKL)
                                   Plaintiff,

          -against-                                                     Action No. 5

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                   Defendants.
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and
MARIE LILIANE MILARD,

                                   Plaintiffs,                          Action No. 6

          - against -

GREYHOUND LINES, INC.,

                                   Defendant
------------------------------------------------------------------X
```

373020.1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

          **Plaintiff,**

   -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

          **Defendants.**
-------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

          **Plaintiffs,**

   -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

          **Defendants.**
-------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)

Action No. 8

373020.1

3

12/21/2007 11:52 FAX  212 972 9432        Kreindler&Kreindler LLP                  ☑005/016

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in action nos. 4, 5, 7 and 8 hereinabove that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, action nos. 4, 5, 7 and 8 are hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for the above-mentioned parties, that this Stipulation of Discontinuance may be signed in counterparts.

FABIANI COHEN & HALL, LLP

_____
Kevin B. Pollak, Esquire (KBP 6098)
Attorneys for Defendants
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue. 4th Floor
New York, New York 10022
(212) 644-4420

KREINDLER & KREINDLER

_____ MB1234
Attorneys for Plaintiffs in Action No. 4
and Action No. 7
KIRSTEN ANDERSON; CHRISTIAN
YOPA and ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

373020.1

4

| | |
|---|---|
| GOLDBERG SEGALLA, LLP<br><br>*/s/ Aita M. Pol*<br>_____<br>Attorneys for Plaintiff in Action No 5<br>LAURIE BOUDET<br>GOLDBERG SEGALLA, LLP<br>Attorneys for Plaintiff Boudet<br>5789 Widewaters Parkway<br>Syracuse, New York 13214<br>(315) 413-5400 | NORMAN LISS ATTORNEYS-AT-LAW, P.C.<br><br>_____<br>Attorneys for Plaintiffs in Action No. 8<br>SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased,<br>200 W 57th Street<br>New York, New York 10019<br>(212) 586-6165 |

Dated:  New York, New York
        November 20, 2007

**SO ORDERED**

_____
            **USDJ**

373020.1

GOLDBERG SEGALLA, LLP

_____
Attorneys for Plaintiff in Action No 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

_____
Attorneys for Plaintiffs in Action No. 8
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother and Natural Guardian of VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-Administrators of the ESTATE OF DOREEN GEORGE, Deceased,
200 W 57th Street
New York, New York 10019
(212) 586-6165

Dated: New York, New York
       November 20, 2007

SO ORDERED  12/27/07

_____
USDJ

373020.1

5