# EXHIBIT A

 **GOLDBERG SEGALLA** LLP
*Attorneys at Law*

283731

8/28/06 ERM

| **PENNSYLVANIA** | **NEW YORK** | **NEW JERSEY** |
|---|---|---|
| Philadelphia | Buffalo ▪ Syracuse ▪ Albany ▪ Manhattan | Princeton |
| | Rochester ▪ White Plains ▪ Long Island | |

Susan E. Rose
Paralegal
Direct dial 315.413.5415
srose@goldbergsegalla.com

5789 Widewaters Parkway
Syracuse, New York 13214-1855
315.413.5400 FAX 315.413.5401
www.goldbergsegalla.com

July 20, 2007

Champlain Valley Physicians
Hospital Medical Center
75 Beekman Street
Plattsburgh, NY 12901

      Re:    Laure Boudet
             date of birth 5/26/77

Dear Custodian of the Records:

    I am in receipt of copies of the above referenced individuals medical records that you provided to our office. Could you please provide copies of the films from her x-rays and any MRI's that were performed. I understand that many of the hospitals have begun putting copies of the films onto CD. If it is possible to receive copies of the films on a CD, I would prefer to receive the films on CD. We will be happy to reimburse you for the copying expenses. I have enclosed an authorization for the release of the records.

    Should you have any questions, please feel free to call me.

                        Very truly yours,

                        Susan Rose

**COPIED BY** *LD*

JUL 2 6 2007

**CHARTONE**

206497

Affiliated with Studio Legale Casini, Milan and Viareggio, Italy



Champlain Valley Physicians
Hospital Medical Center

518-561-2000

75 Beekman Street
Plattsburgh, New York 12901

FAX 518-561-0881

# PROHIBITION ON REDISCLOSURE

This information has been disclosed to you from records whose confidentiality is protected. Any further disclosure of this information except with specific written consent of the person to whom it pertained is prohibited.

Unofficial Copy

***CVPH MEDICAL CENTER FACE SHEET***

PRE-REGISTRATION COMPLETE

```
PATIENT NAME : BOUDET ,LAURE              ACCOUNT NO: 86574530   STATUS   : EA
N/S ROOM/BED :                            MED REC NO: 283731     HOSP SVC: ERM
ADM DATE/TIME: 08/28/06    21:11          ADM SOURCE:     REF SOURCE:
PCP / FAM DR : NO PRIMARY CARE PHYSICIAN  PCP / FAM : 999946   PT TP: E
ATTENDING DR : MENIA ,TODD MD             ATT DR NO : 802660
REFERRING DR :                            REF DR NO :
CHIEF COMPL  : HEAD BACK PAIN
             :                                    EXP ARRIVAL DATE  :
INF CTL ALERT:                                    SCHED SURGERY DATE:
ER ADMIT DX  : MULTIPLE FX T6 T7 T8 C7
ADV DIRECTIVE: NO ADVANCED DIRECTIVE
```

PATIENT INFORMATION
```
ADDRESS      : 22 LUE CHORON            TELEPHONE : 514-271-8820
                                        BIRTHDATE : 05/26/1977
             PARIS                      SOC SEC NO: 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
             XX   99999    99           MAR STATUS: S  SEX: F   RACE: W
                                        AGE       :  29 Y     M    0 D
CONGREGATION : PT. PREFERS NOT TO DISCLOSE   , PATIENT DECLINES
```

PATIENT EMPLOYER INFORMATION
```
EMPLOYER     : NOT EMPLOYED            TELEPHONE :
ADDRESS      :                  ,                      ,
```

NEXT OF KIN INFORMATION
```
NEXT OF KIN  :                         REL TO PT : PT DECLINES
MAILING ADDR :                         STREET ADD:
CITY         :                         STATE/ZIP :
HOME PHONE   :                         WORK PHONE:
MOTHERS NAME :                         FATHERS NM:
```

```
    F/C: N                 INSURANCE INFORMATION

   PR  PRFX  POLICY           DESCRIPTION          PT RL TO SUB      SUB SSN
   PLN SUFX  GROUP            SUBSCRIBER             EMPLOYER      SUB BIRTHDATE

    1          *         *                                        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
   N98                   BOUDET ,LAURE          PATIENT/SELF      05/26/1977

                                                                     - -
                                                                    /  /

                                                                     - -
                                                                    /  /
```

```
INS 4 PLAN   :
GUARANTOR    : BOUDET ,LAURE
ACCIDENT     : INFORMATION COLLECTED
                                               DISCHARGE DATE:
COMMENTS     :                                 DISCHARGE TIME:
                                               COMPLETED BY:

             RESP PARTY  : CLM0

                                      14:15 08/29/06 FROM @00X,PMFACEF1
```

CO0313

## 18    Multiple Trauma    (5)

**TIME SEEN:** 21:30   **ROOM:** FR#2   *EMS arrival*
**ECC Physician** Haume   **PCP** @Rand
**HISTORIAN:** _patient _spouse _paramedics
\_\_HX / \_\_EXAM LIMITED BY:
EMS Medical Control Provided
Pt from: \_\_home \_\_other \_\_\_\_\_ MVA

### HPI   chief complaint: Injury to: head, neck

**occurred:**
- (just PTA)
- \_\_today
- \_\_yesterday
- \_\_\_\_\_days PTA

**where:**
- \_\_home
- \_\_neighbor's
- \_\_work
- \_\_school
- \_\_city park
- \_\_street

**context:** ⊕ LOC – possibly thrown from vehicle

**location of pain /**
**injuries:**
(head) face mouth
neck chest abdomen
back upper mid- lower
   radiating to R / L thigh / leg

| ~right~ | | ~left~ | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:**
mild
moderate
severe

**associated symptoms:**
\_\_lost consciousness / dazed
   duration:\_\_\_\_\_
   remembers:
    impact   coming to hospital
\_\_seizure

### ROS   ☐ all systems neg except as mrkd
\_\_loss feeling / power arms / legs
(headache)
\_\_double vision / hearing loss
\_\_trouble breathing / chest pain
\_\_nausea / vomiting
\_\_loss of bladder function
\_\_skin laceration
\_\_recent fever / illness

### SOCIAL HX    \_\_recent ETOH   \_\_smoker   \_\_drug abuse

### PAST HX   _negative   ☑ records reviewed
\_\_transfer/nursing home paperwork reviewed

Meds- _none / \_\_nurses note reviewed\_\_\_\_\_
Allergies- _NKDA / \_\_nurses note reviewed\_\_\_\_\_

---

☐ Nursing Assessmnt / PCR Revwd   ☐ Vitals Reviewed   ☑ Tetanus immun. UTD

### PHYSICAL EXAM   _Alert \_\_Lethargic \_\_Anxious
**Distress-** _NAD- \_\_mild \_\_moderate \_\_severe
**Other-** _c-collar ( PTA / in ED) \_\_back-board \_\_IV \_\_splint

**HEAD** _____ \_\_see diagram
\_\_no evidence of
\_\_ trauma
\_\_Battle's sign / Raccoon Eyes

**NECK** _____ _see diagram
_non-tender \_\_vertebral point-tenderness
_painless ROM \_\_muscle spasm / decreased ROM
_trachea midline \_\_pain on movement of neck


hematoma
laceration

**EYES** _____ \_\_unequal pupils R-\_\_mm L-\_\_mm
_PERRL \_\_EOM entrapment / palsy
_EOMI \_\_subconjunctival hemorrhage\_\_\_\_\_

**ENT** _____ \_\_hemotympanum
_nml external \_\_TM obscured by wax
  inspection \_\_clotted nasal blood\_\_\_\_\_
_no dental injury \_\_dental injury / malocclusion\_\_\_

**RESP / CVS** _____ \_\_see diagram ( on reverse )\_\_\_
_chest non-tender \_\_decreased breath sounds\_\_\_
_breath sounds nml \_\_wheezing / rales\_\_\_\_\_
_heart sounds nml \_\_splinting / paradoxical movements

**ABDOMEN** _____ \_\_see diagram ( on reverse )\_\_\_
_non-tender \_\_tenderness / guarding / rebound
_no organomegaly \_\_mass / organomegaly\_\_\_\_\_

**GENITAL / RECTAL** _____ \_\_perineal hematoma\_\_\_\_\_
_nml genital exam \_\_blood at urethral meatus\_\_\_
_nml vaginal exam \_\_decreased rectal tone\_\_\_
_nml rectal exam
_heme negative stool

**NEURO / PSYCH** _____ \_\_confusion / disorientation
_oriented x3 \_\_EOM palsy / anisocoria
_mood & affect \_\_facial asymmetry\_\_\_\_\_
_CN's nml \_\_unsteady / ataxic gait\_\_\_
  as tested \_\_sensory / motor deficit\_\_\_
_sensation &
  motor nml


Reflexes

---

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**CVPH Medical Center**
Plattsburgh, NY
**EMERGENCY PHYSICIAN RECORD**

BOUDET ,LAURE
283731    ED PHYSICIAN
08/28/06     86574530
29 Y   05/26/1977
MR   (   )    S

**SKIN**
_ intact                 __ see diagram_____
_ warm, dry          __ crepitus / diaphoresis_____

**BACK**
_ no CVA              __ see diagram_____
   tenderness        __ vertebral point-tenderness_____
_ no vertebral       __ CVA tenderness_____
   tenderness        __ muscle spasm / limited ROM_____

**EXTREMITIES**
_ atraumatic         __ see diagram_____
_ pelvis stable       __ bony point-tenderness_____
_ hips non-tender   __ painful / unable to bear weight_____
_ no pedal edema  __ pulse deficit_____
_ nml ROM

*Joint Exam:*_____
__ limited ROM / ligaments laxity / joint effusion_____



T=Tenderness;
PrT=Point Tenderness;
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(0=without  m=mild ;
mod=moderate
sv=severe)
Tsv= Tenderness on
palpation (severe)

Time 6:05A  __ unchanged  __ improved  __ re-examined

head CT
Cspine CT

**XRAYS**  □ Interp. by me  ☑ Reviewed by me  □ Discsd w/ radiologist

**C-Spine   D-Spine   LS-Spine**
_ nml / NAD       __ reversal / straightening of cerv. lordosis____
_ no fracture      __ DJD / spondylosis / spurring_____
_ nml alignment
_ soft tissues nml

**CXR**
_ nml / NAD       __ rib fracture_____
_ no infiltrates    __ infiltrate / atelectasis_____
_ nml heart size
_ nml mediastinum

**OTHER**  □ See separate report

**PROCEDURES and PROGRESS:**

**Wound Description / Repair**
length __ cm   location_____
__ superficial  __ SQ  __ muscle  __ linear  __ stellate  __ irregular
__ clean  __ contaminated  *moderately / *heavily*
**distal NVT:** __ neuro & vascular status intact  __ no tendon injury
**anesthesia:** __ local  __ digital block _____cc
__ lido  __ 1%  __ 2% / epi __ bicarb  __ marcaine  .25%  .5%  __ LET
**prep:**
__ wound cleanser_____          __ debrided / undermined
__ irrigated /washed w/ saline       __ extensively
__ extensively                            __ foreign material removed
__ explored                               __ minimal  moderate  extensive
**repair:**  *Wound closed with:*  __ wound adhesive / Dermabond / steri-strips
   SKIN-  # ____  ____ -0  __ nylon  __ prolene / staples /
                                      __ silk / ethilon / dexon
   *SQ-      # ____  ____ -0  __ vicryl / chromic
*may indicate intermediate repair   *may indicate intermediate or complex repair

**CLINICAL IMPRESSION:**

| contusion | | | sprain / strain | |
|---|---|---|---|---|
| head | wrist | R/L | neck  dorsal  lumbar | |
| face | hand | R/L | sacral | |
| chest | hip | R/L | | |
| abdomen | thigh | R/L | **concussion** | |
| back | knee | R/L | with LOC  w/o LOC | |
| shoulder  R/L | leg | R/L | | |
| arm  R/L | ankle | R/L | **laceration** | |
| elbow  R/L | foot | R/L | | |
| forearm  R/L | | | | |

**DISPOSITION:** __ discharge  __ expired  __ admit  __ AMA
Time ~9:30  □ left before eval complete  ☑ transfer to_____
□ EMTALA EMC present  □ EMTALA EMC absent  □ stable

**1st PHYSICIAN SIGNATURE**
**2nd PHYSICIAN SIGNATURE**
**3rd PHYSICIAN SIGNATURE**
□ Dictated Addendum       ☑ Template Complete

Multiple Trauma - 18      page 2 of 2      Rev. 04 / 03      ERMD 18

Unofficial Copy

# PHYSICIANS PROGRESS NOTES

**DATE/TIME**

~ 9:30  8/29/06

Pt very anxious/claustrophobic when immobilized,
initially refused meds; Pt later was willing
to accept ativan. Ativan ordered - if not
effective may have to say Pt is a threat to
himself if immobilization.

*Signature* (Boudet)

Do Not Use Abbreviations - u, IU, MgSO₄, MSO₄, OD, OS, OU, µg, cc, D, QD, QOD,
Trailing Zero (X.0), & Lack of Leading Zero (.X)

# CVPH
## MEDICAL CENTER
Plattsburgh, NY

BOUDET ,LAURE
283731      ED PHYSICIAN
08/28/06            86574530
29 Y  05/26/1977
MR   (   )   -   S

FORM N-54 REV. (9/05)

Unofficial Copy

DATE/TIME

BOUDET ,LAURE
283731          ED PHYSICIAN
08/28/06                    86574530
29 Y  05/26/1977
MR   (    )   —   S

**Do Not Use Abbreviations - u, IU, MgSO₄, MSO₄, OD, OS, OU, μg, cc, D, QD, QOD,
Trailing Zero (X.0), & Lack of Leading Zero (.X)**

CO0314

## 06 Multiple Trauma

ROOM_____ AT_____
NAME_____ AGE_____
To be seen by: ___ECC MD ___PCP
**PRE HOSPITAL CARE / TRIAGE NURSING ASSESSMENT**

ACUITY   emergent  (urgent)  non-urgent  FT
___referred by:_____
ARRIVED BY:_____ with:_____ from:_____
NEW ACUITY: emergent (urgent) non-urgent  TIME_____
EMS: #____ BP____ P____ R____ IV____ O2____ CM____
head immobilization   c-collar   backboard   GCS

*Triage RN Signature* _____

VITALS  time: ___2100___
BP _149/81_ P _7_ RR _22_ temp___ TM O R
O2 Sat% _100_ (RA) O2____ GCS_____

**PAIN LEVEL** current:___/10 max___/10 acceptable___/10
quality_____

**CHIEF COMPLAINT** _head pain_
occurred_____ just PTA_____ LMP_____
lost consciousness____(+)____ ambulatory at scene____

**INJURIES / PAIN**

| R | | | L | |
|---|---|---|---|---|
| head | (neck) | shldr | hip | shldr | hip |
| face | back | arm | thigh | arm | thigh |
| nose | chest | elbow | knee | elbow | knee |
| mouth | abdomen | f-arm | leg | f-arm | leg |
| coccyx | | wrist | ankle | wrist | ankle |
| | | hand | foot | hand | foot |
| | | fingers | toes | fingers | toes |

**MECHANISM**
fall_____ _Bus Crash_ GSW / stab wound_____
hit by car_____ burn_____
motorcycle / bicycle / ATV   injury on duty_____
SAFETY  none  helmet  safety glasses

**PAST MEDICAL HX** (negative)
bleeding disorders         GI
blood Tx reaction          GU
cancer                     glaucoma     | Last Tetanus Date
cardiac                    HTN
communicable disease       neuro
diabetes                   psych
dialysis                   resp
difficulties: hearing / speech   seizures  last_____
eyesight                   teaching sheet given
other_____

**SOCIAL HX**
tobacco use  smoking hx within last year  (Y or N)  if yes,___ brochure offered
drug / alcohol use,  last drink_____
^TB exposure / symptoms
^has been physically hurt or threatened by someone close

*RN Signature* _____
**INITIAL ASSESSMENT** TIME:_____
**GENERAL APPEARANCE**
___no acute distress    mild / moderate / severe distress
___alert                ___anxious / decreased LOC

©2001-2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

### CVPH Medical Center
Plattsburgh, NY
### EMERGENCY NURSING RECORD

Page 1 of 2   ERRN 06

CO0314 6/96

---

^**FUNCTIONAL / NUTRITIONAL ASSESSMENT**
independent ADL           ___assisted / total care
appears well nourished    ___obese / malnourished
                          ___recent weight loss / gain
**CHEST**
___no evidence of trauma  ___laceration / abrasion / swelling
___non-tender             ___tenderness
                          ___wheezing / crackles / stridor
breath sounds nml         ___seat belt marks
                          ___deformity
**CVS**
regular rate              ___tachycardia / bradycardia /irrg rhythm
pulses strong & equal     ___pulse deficit
nml heart sounds          ___abnml heart sounds
                          ___pale / cyanotic
skin warm, dry            ___cool / diaphoretic
**NEURO**
                          ___disoriented to person / place / time
oriented x 3              ___confused / memory loss
PERRL                     ___weakness / sensory loss
**HEAD / FACE**           laceration / abrasion (swelling)  (R on 1 )
___no evidence of trauma  periorbital swelling / hematoma
to head / eye / ear / face  ecchymosis_____ (L)
                          ___dental injury / malocclusion
**NECK / BACK**           ___laceration / abrasion / swelling
___no evidence of trauma  (tenderness)
___non-tender
**ABDOMEN**               ___laceration / abrasion / swelling
___no evidence of trauma  ___tenderness
soft, non-tender          ___rigid / distended
**PELVIS / GU**           ___laceration / abrasion / swelling
___no evidence of trauma  ___pelvis unstable
pelvis stable             ___tenderness
                          ___blood at urethral meatus
**EXTREMITIES**           ___laceration / abrasion / swelling
___no evidence of trauma  ___tenderness
non-tender                ___deformity
sensation intact          ___sensory / motor deficit
motor intact

*RN Signature* _Elizabeth Dea RN_

| TIME | ACTIONS / PATIENT TEACHING TIMES | | INIT |
|---|---|---|---|
| | (ID band applied) | (ID band verified) | |
| | C-collar | (back board) | |
| | ice pack / elevation | (warming measures) | |
| | bandage applied | wet to dry dressing | |
| | pulse oximeter | O2___ L via___ | |
| | Labs      Xrays | | |
| | EKG      U/A | | |
| | set up suture tray / eye tray | | |
| | cardiac monitor | | |
| | Accu-Chek | | |
| | Q 2hr IV checks | | |
| | bed low position   side rails up  x1  x2 | | |
| | call light in reach   head of bed elevated | | |
| | conscious sedation protocol implemented | | |
| | blood transfusion protocol implemented | | |

| | SIGNATURE | INITIAL |
|---|---|---|
| RN #1 | Elizabeth Dea | ED |
| RN #2 | | |
| RN #3 | | |
| RN #4 | | |

^ protocol available

BOUDET LAURE        ED PHYSICIAN
283731
08/28/06            86574530
29 Y  05/26/1977
MR  (   )   -      S

Unofficial Copy

## VITAL SIGNS

| Time | BP | P | R/T | O₂sat | Pain | GCS | IV | IV | U/O | P/O |
|------|-----|------|------|------|------|------|------|------|------|------|
| See Neurosheet | | | | | /10 | | | | | |
| 0935 | 140/90 | 98 | | /10 | 18 | 99 | RA | | | |
| 0955 | 127/73 | 72 | | /10 | 24 | 3 | NM | =107 | | |
| 1000 | 105/74 | 71 | | /10 | 20 | 3 | NC | =107% | | |

0955 - Pt c/o nausea - pain
restless - anxious -
c/o nausea - (illegible) out of
(illegible) - (illegible) to (illegible)
(illegible) - Med for anxiety -
(illegible) (illegible) -
1000 - Delayed - (illegible) -
Dense pain nausea + (illegible)
Ready for transfer to
Montreal x general
CP Richerson RN
1012 - Nauseated + (illegible) sm
amt + moved to transport
stretcher - Med c Phenergan
CP Richerson RN

## ADDITIONAL NOTES

Pt ejected from front
Window of bus. Pt LAC
on forehead, (+) Lac. Prima
pain in back - given
B300 - pt's back pain
rated 10/10. MD aware.
0900 - pt vomited x1
feels better stated she
thinks she's nervous
and maybe the Morphine.
MD aware.          Joe RN
0130 - pt's Boyfriend in
c pt / pt feels better, wait

## PUPIL ASSESSMENT

9mm  8mm  7mm  6mm  5mm  4mm  3mm  2mm

### GLASGOW COMA SCALE

**Eye Opening**
spontaneous(4)   to speech(3)   to pain(2)   none(1)

**Verbal Response**
oriented(5) confused(4) inapprop. words(3) iincomprehensible(2) none(1)

**Motor Response**
obeys commands(6) localizes pain(5)  withdraws at pain (4)
pain with flexion(3)   pain with extension(2)   none(1)

| TOTAL 3-15 | Ar | 1 hr | discharge |
|------------|-----|------|-----------|

## ADDITIONAL NOTES

for CT scan of thoracic
(illegible) spine          (illegible)
B3Burelee assumes care - anxious
re of T spine - AVS unchanged - patient
(illegible) pain meas at this time if
(illegible) awaiting results of
T spine - (illegible) @ B side, (illegible)
request of catheter + to lie on back until
(illegible) spine results
1810, Pt to be transferred to Montreal
General. Accepting physician Dr
(illegible) to be confirmed. Pt
aware of transfer of care. X-rays
results being copied. Labs copied. (illegible)
estimation of (illegible) transport. (illegible)

### INTAKE
IV / saline lock discontinued:

### OUTPUT
800

Total Amt Infused
Time _____ Initials _____

## FOCUSED REASSESSMENT UPON A/D/T

| D/C Time | via | Escorted By | Admit To | Report To |
|----------|-----|-------------|----------|-----------|
| | | | | |
| | | | | |

| BP | P | R | Pain | T/Sat |
|-----|-----|-----|------|-------|

Instructions provided | Verbalized understanding

Agrees to discharge plan

Discharge Nurse Signature _____

| Pt/family instructed to send valuables home or to safe | Meds (pharmacy / home) |
|---|---|
| crutches | Valuables home with |
| dentures  up / low / partial | glasses / contacts |
| Jewelry | hearing aid R / L |

^prob  **BOUDET , LAURE**
**283731**          ED PHYSICIAN
00/28/06                    86574530
29 Y  05/26/1977
MR  (  )  -          S

Unofficial Copy

# PHYSICIAN ORDERS

| DATE | HOUR | |
|---|---|---|

Admitting Physician: _____

Attending Physician: _____

Primary Care Physician: _____

**ECC ADMISSIONS ONLY**

Do Not Use Abbreviations - u, IU, MgSO₄, MS, MSO₄, QD, QS, QU, µg, cc, D, QD, QOD, Trailing Zero (X.0), & Lack of Leading Zero (X)

**C.V.P.H. MEDICAL CENTER**
Plattsburgh, NY

BOUDET ,LAURE
283731        ED PHYSICIAN
08/28/06
29 Y   05/26/1977      86574530
MR   (   )   -        S

FORM N-50 (REV 7/98)

Unofficial Copy



ECC MEDICATION DOCMNT    08/28/06    21:12  Page    1          C0 0315

**\*\* E06101 BOUDET ,LAURE**                    **MD: ED PHYSICIAN**
ISOL:    TRANS:                  SEX: F  AGE:  29  KDU:  ADM: 08/28 ACCT#: 86574530
                                                 WT:    kg      gm HT:    ft    in

ADDITIONAL ALLERGIES: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IV RECORD:                              \*CURRENT MEDS:
Date Time    Sol  Site Ga Rate Amt In  DC Init\*
                                       \* Medication      Dose/Freq/Last Taken
8/28 ___ ___ RAC 18 by TKB   8   ___   \*
1 Liter NS ia 1000 un — SLF            \* The pill
___ ___                                \*
___ ___                                \*
___ ___                                \*
___ ___                                \*

MEDICATION TAKEN IN ECC:                \*

Date Time Med/Dose      Rte/Site PS PF Init\*
8/28 2315 Morphine Sulfate 6mg IVSO   \*
8/28 220  Tetanus toxiod TD IM SO     \*
8/29 0535 Morphine 6 mg IV    DD      \*
8/29 0540 Reglan 10 mg IV     DD      \*
8/30 0720 KCL 40 meg PO — LD          \*
8/30 0845 KCL 20 meg IV               \*
          over 2 hours      — B        \*
0940 Ativan 1 mg IV — B                \*
0950 Ativan 1 mg IV — B                \*
1020 Phenergan 12½ mg IVP B            \*

                                        \* Signature          Init
                                        \* RN#1 Elizabeth Dee SD
                                        \* RN#2 S. Kelley RN    SLF
                                        \* RN#3 Denise Dubey RN
                                        \* MD

21:12 08/28/06 FROM @01K,CVECALF1

BOUDET ,LAURE
283731            ED PHYSICIAN
08/28/06
29 Y  05/26/1977         86574530
MR  (   )  -      S

Unofficial Copy

CO0316

| 96 | **Physician Order Sheet** |

ATP for _____

completed at:_____ _____Initials_____

| LABS *"circle"* | TIME | STANDARD PANELS *"labs only"* TIME |
|---|---|---|
| • ABC | | • Cardiac Panel |
| • CBC | | • Trauma Panel |
| • CMP | | • CSP protocol |
| • BMP | | • Hepatic function Panel |
| • HCG | | **X-RAYS / INDICATIONS  TIME** |
| • PT | | • CXR *Port PA / LAT* |
| • PTT | | |
| • D-dimer | | • Ultrasound |
| • ESR | | *pelvic   abdominal* |
| • Strep Screen | | *biliary   renal* |
| • Throat Culture | | |
| • Mono spot | | • Venous doppler |
| • Lipase | | of _____ |
| • UA *clean cath* | | |
| • Urine culture | | • KUB *flat  upright* |
| • Urine Drug Screen | | |
| • Ethanol level | | • CT |
| • Wound culture: | | *head  C-spine  abdomen* |
|   site _____ | | *pelvis  chest  angiogram* |
| • Blood culture x ___ | | *with or w/o contrast* |
| • Sputum culture | | |
| • Stool culture | | • Trauma portables: |
| • C. diff toxin | | Lateral C-spine / AP CXR / |
| • Stool WBCs | | AP pelvis |
| • Stool *Ova and Para* | | |
| • GC/Chlamydia antigen | | • Full C-Spine |
| • Drug levels:_____ | | *3 view   5 view* |
| • Carboxyhemoglobin | | • Acute Abd Series |
| • Type and Screen | | |
| • Type & Cross | | • V / Q Scan |
|   for _____ units | | |
| | | **CARDIORESPIRATORY** TIME |
| | | • EKG |
| | | • ABG RA _____ L O2 |

**Initial Nursing Orders**                           *Noted*

- ☐ Cardiac Monitor
- ☐ Pulse Oximeter
- ☐ Oxygen _____ L NC
  __ titrate to keep sat greater than 95%
- ☐ Fully Disrobe / Gown
- ☐ Orthostatic vital signs
- ☐ Neuro checks q_____
- ☐ IV _____ @ _____ mL/hr
- ☐ IV Bolus _____, _____ mL over ___
- ☐ Saline lock
- ☐ Albuterol 2.5 mg / Nebulizer
    *Continuous for _____ min*
    q _____ min x ___
- ☐ Atrovent 0.5 mg / Nebulizer
- ☐ Pain medications
  Acetaminophen_____ mg PO PR
  Ibuprofen_____ mg PO PR
  Morphine_____ mg IV q _____
  *min pm pain greater than __/10,*
  *sbp greater than _____*
  Demerol_____ mg IV q ____
  *min pm pain greater than __/10,*
  *sbp greater than _____*
- ☐ Antiemetic
  Phenergan_____ mg
- ☐ Reglan _____ mg
- ☐ Follow Schedule A for Insulin Coverage

**Subsequent Orders**
Time    Orders                                 *Noted*
- ☐ Please repeat:  BP HR RR O₂Sat Temp____
- ☐ May be off cardiac monitor for radiology
  studies or transport.
- ☐ Admit to observation status for _____

_____

**PHYSICIAN SIGNATURES**


**PLEASE CALL DOCTOR**
Time Ordered    Doctor    Returned Call

---

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**CVPH Medical Center**
Plattsburgh, NY
**EMERGENCY PHYSICIAN RECORD**

Page 1 of 2    ERMD96

BOUDET  LAURE
283731                    ED PHYSICIAN
08/28/06                  86574530
29 Y  05/26/1977
MR  ( )  -  S

Unofficial Copy

**CONSULTANT / ATTENDING NOTE**   time:_____

media note   T-U ~ 7:30 PM

drug/pt involved in discussion,
possibly ejected, ETOH, GO
head trauma/blunt torso.

Skin films C-spine/chest/pelvis &
CT Brain &
CT C-spine: pending Radiology
C6-C7 [illegible] fract y, multiple
[illegible] transverse process.
CT T-spine [illegible]
[illegible]
[illegible] type of T6-T8
T [illegible]
H=2.9 → treated

Exam: Pt found on slider
board & hard cervical collar.
- Alert GCS 15
- facial abrasions/sutured lac
- lungs CTA - No [illegible]
- Heart Reg.
- [illegible] Non tender
- Pelvis Stable
- Neuro & [illegible]
Reflexes intact.

Pt has spinal injuries needs
[illegible] we not available
[illegible] needs transfer for [illegible]
so care. Pt consents to transfer and
requests [illegible] General. She has
decision making capacity. 
Bill3 Neurosurg Dr. [illegible]
accepts Pt trauma surgeon at [illegible]
Bill2 Dr. Troquet, trauma surgeon
accepts pt on transfer.

---

**ADDITIONAL PROGRESS NOTES**
☐ continued from template

time      notes

40 potassium 40MEQ PO.
40MEQ IU in NS over
2 hrs   [signature]

6:15A  Spoke w/ Dr Monzi
from Burlington spine
trauma specialist
described fee to him
stated we must get
an upright XR in
the extended phila
collar w/ strap around
chest
- if there is no displacement
in upright view w/
collar on - D/C home
[illegible] w/c FU -
802 847 9005 Burlington
Spine institute

Pt received a new
[illegible] - coming s/p.
motrline.
awaiting Thoracic
spine ct   [signature]

8:30A
Pt seen by Dr Lacroix
at General within past
[illegible] months has
insurance requests transfer
to Montreal General
[signature]

BOUDET , LAURE
283731         ED PHYSICIAN
08/28/06
29 Y   05/26/1977      86574530
MR   (   )   -              S

Order Sheet - 96   Page 2 of 2   Rev. 03/06   ERMB96

Unofficial Copy

```
                          C V P H  MEDICAL CENTER              NEW ACTIVITY ONLY
                            PLATTSBURGH, NEW YORK
                          DEPARTMENT OF PATHOLOGY
                        MARTIN A. DAVIDSON M.D., DIRECTOR


        NAME: BOUDET,LAURE                              MED REC #: 283731
        DOB : 05/26/1977         AGE: 29Y               ACCNT #  : 86574530
        LOC : OEC               SEX: F                  DR: ED PHYSICIAN



        ******************************** HEMATOLOGY ********************************

        DAY:              1
        DATE:         08/28/06
        TIME:          *2130                         NORMAL        UNITS
        LOC:            OEC

        WBC          H 21.9                          4.8-10.8      K/uL
        RBC            4.62                           4.0-5.2       M/uL
        HGB            14.9                           12.0-16.0     gm/dL
        HCT            43.7                           36.0-46.0      %
        MCV            94.5                           80-100        fL
        MCH            32.3                           26.0-34.0     pg
        MCHC           34.1                           31.0-37.0     gm/dL
        RDW            12.6                           11.5-14.5      %
        PLT            277                            130-400       K/uL
        MPV            8.8                            7.4-10.4       fL



        ******************************** COAGULATION ********************************

        DAY:              1
        DATE:         08/28/06
        TIME:          *2130                          NORMAL       UNITS
        LOC:            OEC

        PT             11.4                           10.5-13.3    SECONDS
        INR            1.0
                       (a)
                       (b)
                       (c)
                       (d)

        ---FOOTNOTES---
        (a)
        (b)     SUGGESTED THERAPEUTIC RANGE:
        (c)     FOR ORAL ANTICOAGULANT THERAPY: 2.0-3.0
        (d)     FOR PROSTHETIC HEART VALVE PATIENTS:3.0-4.0




        NEW ACTIVITY ONLY                                        BOUDET,LAURE
        PAGE 1                        CONTINUED                  08/29/2006  00:50
```

Unofficial Copy

C V P H  MEDICAL CENTER                    NEW ACTIVITY ONLY
PLATTSBURGH, NEW YORK
DEPARTMENT OF PATHOLOGY
MARTIN A. DAVIDSON M.D., DIRECTOR

NAME: BOUDET,LAURE                         MED REC #: 283731
DOB : 05/26/1977        AGE: 29Y           ACCNT #  : 86574530
LOC : OEC               SEX: F             DR: ED PHYSICIAN


******************************** COAGULATION ********************************

DAY:                    1
DATE:                   08/28/06
TIME:                   *2130                      NORMAL      UNITS
LOC:                    OEC

PTT                     (e)                        23.8-37.8  SECONDS
                        (f)
                        (g)


***************************** GENERAL CHEMISTRY *****************************

DAY:                    1
DATE:                   08/28/06
TIME:                   *2130                      NORMAL      UNITS
LOC:                    OEC

SODIUM                  140                        136-143    mmol/L
POTASSIUM          L    2.9                        3.4-5.2    mmol/L
CHLORIDE                104                        98-107     mmol/L
CO2                     24.3                       22-31      mmol/L
ANION GAP               12                         8-16
BUN                     13                         6-19       mg/dL
CREATININE              0.8                        0.5-1.2    mg/dL
B/C RATIO               16
GLUCOSE                 108                        75-125     mg/dL
AMYLASE                 93                         30-110     U/L
LIPASE                  24                         22-51      U/L
CALCIUM                 8.8                        8.7-10.2   mg/dL
CALC. GFR               (h)                                   mL/min/1.73 sq m
                        << RESULTS CONTINUED ON NEXT PAGE >>

---FOOTNOTES---
(e)     25.2
(f)     SUGGESTED THERAPEUTIC RANGE 69-164 SECONDS
(g)
(h)     90


NEW ACTIVITY ONLY                                    BOUDET,LAURE
PAGE 2                          CONTINUED            08/29/2006  00:50

Unofficial Copy

C V P H  MEDICAL CENTER                    NEW ACTIVITY ONLY
PLATTSBURGH, NEW YORK
DEPARTMENT OF PATHOLOGY
MARTIN A. DAVIDSON M.D., DIRECTOR


NAME: BOUDET,LAURE                            MED REC #: 283731
DOB : 05/26/1977         AGE: 29Y             ACCNT #  : 86574530
LOC : OEC                SEX: F               DR: ED PHYSICIAN


****************************** GENERAL CHEMISTRY ******************************

DAY:              1
DATE:          08/28/06
TIME:          *2130                          NORMAL       UNITS
LOC:            OEC

CALC. GFR       (cont)
                 (i)
                 (j)
                 (k)
                 (l)
                 (m)
                 (n)
                 (o)
                 (p)
                 (q)
                 (r)
                 (s)
                 (t)
                 (i)
                 (u)
                 ;;;
                        << RESULTS CONTINUED ON NEXT PAGE >>

---FOOTNOTES---
(i)
(j)      ESTIMATED GLOMERULAR
(k)      FILTRATION RATE IN
(l)      mL/min/1.73 SQUARE METERS
(m)      BASED ON AGE, GENDER AND
(n)      CREATININE FOR PATIENTS
(o)      FROM 20-70+ YEARS. FORMULA
(p)      DOES NOT CORRECT FOR BODY
(q)      SURFACE AREA AND ASSUMES
(r)      CAUCASIAN ETHNICITY. FOR
(s)      AFRICAN-AMERICANS, MULTIPLY
(t)      RESULT BY 1.21.
(u)      Reference Range:
(v)      AGE (YEARS)   AVERAGE GFR


NEW ACTIVITY ONLY                                     BOUDET,LAURE
PAGE 3                       CONTINUED                08/29/2006  00:50

Unofficial Copy

C V P H  MEDICAL CENTER                    NEW ACTIVITY ONLY
PLATTSBURGH, NEW YORK
DEPARTMENT OF PATHOLOGY
MARTIN A. DAVIDSON M.D., DIRECTOR


NAME: BOUDET,LAURE                              MED REC #: 283731
DOB : 05/26/1977        AGE: 29Y                ACCNT #  : 86574530
LOC : OEC               SEX: F                   DR: ED PHYSICIAN


****************************** GENERAL CHEMISTRY ******************************

DAY:                  1
DATE:            08/28/06
TIME:            *2130                        NORMAL      UNITS
LOC:             OEC

CALC. GFR       (cont)
                  (v)
                  (w)
                  (x)
                  (y)
                  (z)
                  (aa)
                  (ab)
                  (v)


****************************** ENDOCRINOLOGY ******************************

08/28/06
*   2130  HCG (QUALITATIVE)                    mIU/mL
                        NEGATIVE


---FOOTNOTES---
(v)
(w)     20-29           116
(x)     30-39           107
(y)     40-49            99
(z)     50-59            93
(aa)    60-69            85
(ab)    70+              75


NEW ACTIVITY ONLY                                        BOUDET,LAURE
PAGE 4                          CONTINUED           08/29/2006  00:50

Unofficial Copy

C V P H  MEDICAL CENTER                    NEW ACTIVITY ONLY
PLATTSBURGH, NEW YORK
DEPARTMENT OF PATHOLOGY
MARTIN A. DAVIDSON M.D., DIRECTOR


NAME: BOUDET,LAURE                         MED REC #: 283731
DOB : 05/26/1977        AGE: 29Y            ACCNT #  : 86574530
LOC : OEC               SEX: F             DR: ED PHYSICIAN


    ************************ BLOOD TYPE AND ANTIBODY TESTING ************************
TEST:       ABORH(D)        ANTIBODY
                            SCREEN
UNITS:

08/28/06
*   2130    B POSITIVE    NEGATIVE


NEW ACTIVITY ONLY                                      BOUDET,LAURE
PAGE 5                      END OF REPORT         08/29/2006  00:50

Unofficial Copy

# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
## PLATTSBURGH, NY 12901

PATIENT NAME:  BOUDET, LAURE                 RMS ORDER NUMBER:   90002
MEDICAL RECORD#  283731                      ORDERED FOR DATE:   Aug 28 2006

---

ACCOUNT #:        86574530          FINANCIAL CLASS:N        ORD NURSE STATION:ED
ADMISSION DATE: 08/28/2006          INPATIENT ROOM:          PATIENT CLASS:    E
INVISION ORD #:                     DATE OF BIRTH:   05/26/1977   PATIENT PHONE:   (514) 271-8820
PATIENT AGE:     29Y                PATIENT SEX:     F        PT ADDRESS 22 LUE CHORON
ORDERING PHYSICIAN:                 HOHIMER INGRID                  PARIS, XX 99999
ATTENDING PHYSICIAN:                MENIA, TODD              PCP/FAM PHYSICIAN:   NO PRIMARY CARE
PHYSICIAN,

---

### ***Final Report***

ADDITIONAL EXAMS ORDERED:
3065 - BRAIN W/O CONTRAST
3110 - CERVICAL SPINE W/O

CONTRAST

---

**EXAM:  (CTS 3065) BRAIN W/O CONTRAST**          CDM# 19627603
DATE & TIME EXAM COMPLETED: **Aug 29 2006 12:07AM**          CPT: 70450
REASON FOR EXAM:  MVA/ LOC          Accession # : 1591330

**FINDINGS:**  5 mm unenhanced axial images through the brain are performed.
Ventricular size and configuration is within normal limits.  No CT evidence for intracranial
mass effect, hemorrhage, or extraaxial fluid collections.  Hyperdense left convexity scalp
hematoma is noted.  No apparent associated displaced calvarial fracture.

**IMPRESSION:**  Left convexity scalp hematoma.  Negative CT examination of the brain.

**Read By:** MICHAEL PHILLIPS, M.D.          **Dictated Date:**  Aug 29 2006 12:38AM
**Transcribed By:** JRC                      **Transcribed Date:**  Aug 29 2006  9:24AM

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY MICHAEL PHILLIPS, M.D.**
**Associates in Radiology of Plattsburgh, P.C.**




# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
## PLATTSBURGH, NY 12901

| | | | |
|---|---|---|---|
| PATIENT NAME: | BOUDET, LAURE | RMS ORDER NUMBER: | 90002 |
| MEDICAL RECORD# | 283731 | ORDERED FOR DATE: | Aug 28 2006 |

ACCOUNT #:        86574530
ADMISSION DATE: 08/28/2006
INVISION ORD #:
PATIENT AGE:      29Y
ORDERING PHYSICIAN:
ATTENDING PHYSICIAN:
PHYSICIAN,

FINANCIAL CLASS:N
INPATIENT ROOM:
DATE OF BIRTH:   05/26/1977
PATIENT SEX:     F
HOHIMER INGRID
MENIA, TODD

ORD NURSE STATION:ED
PATIENT CLASS:     E
PATIENT PHONE:    (514) 271-8820
PT ADDRESS 22 LUE CHORON
  PARIS, XX 99999
PCP/FAM PHYSICIAN:    NO PRIMARY CARE

---

## ***Final Report***

ADDITIONAL EXAMS ORDERED:
3065 - BRAIN W/O CONTRAST
3110 - CERVICAL SPINE W/O

CONTRAST

---

**EXAM:  (CTS 3110) CERVICAL SPINE W/O CONTRAST**          CDM# 19628502
**DATE & TIME EXAM COMPLETED:** Aug 29 2006 12:14AM          CPT: 72125
REASON FOR EXAM:  MVA/ LOC          Accession # : 1591331

**FINDINGS:**  1.6 mm axial unenhanced CT images between the occiput and upper T2 levels are performed.  Multiple two-dimensional parasagittal and coronal reconstructed images are obtained.

There is evidence of an acute nondisplaced fracture of the right lamina of C7 at and near the junction with the right superior facet, posterior aspect of the pedicle, and base of the right transverse process.  No additional fractures are visualized in the cervical spine.  On reconstructed images, alignment of the cervical vertebral bodies is within normal limits.  No apparent prevertebral soft tissue swelling.

**IMPRESSION:**  Nondisplaced fracture of the right lamina of C7.

**Read By:** MICHAEL PHILLIPS, M.D.          **Dictated Date:** Aug 29 2006 12:43AM
**Transcribed By:** DAM          **Transcribed Date:** Aug 29 2006 9:29AM

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY MICHAEL PHILLIPS, M.D.**
**Associates in Radiology of Plattsburgh, P.C.**

Unofficial Copy

# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
### PLATTSBURGH, NY 12901

| | | | |
|---|---|---|---|
| PATIENT NAME: | BOUDET, LAURE | RMS ORDER NUMBER: | 90003 |
| MEDICAL RECORD# | 283731 | ORDERED FOR DATE: | Aug 29 2006 |

ACCOUNT #:           86574530
ADMISSION DATE: 08/28/2006
INVISION ORD #:
PATIENT AGE:        29Y
ORDERING PHYSICIAN:       HOHIMER INGRID
ATTENDING PHYSICIAN:     MENIA, TODD
PHYSICIAN,

FINANCIAL CLASS:N
INPATIENT ROOM:
DATE OF BIRTH:   05/26/1977
PATIENT SEX:        F

ORD NURSE STATION:ED
PATIENT CLASS:        E
PATIENT PHONE:       (514) 271-8820
PT ADDRESS 22 LUE CHORON
   PARIS, XX 99999
PCP/FAM PHYSICIAN:    NO PRIMARY CARE

---

### ***Final Report***

ADDITIONAL EXAMS ORDERED:
3010 - THORACIC SPINE W/O

CONTRAST

---

**EXAM:  (CTS 3010) THORACIC SPINE W/O CONTRAST**          CDM# 19601004
DATE & TIME EXAM COMPLETED: **Aug 29 2006  6:38AM**          CPT: 72128
REASON FOR EXAM: BACK PAIN S/P MVA          Accession # : 1591454

**FINDINGS:**  3.2 mm sections were obtained with sagittal reformats performed.

Findings:

There are mild acute compression fractures of the superior endplates of the T6, T7, and T8 vertebral bodies.  There is no apparent involvement of the posterior elements or the posterior cortex of the vertebral bodies.  There is no appreciable retropulsion of bony material into the vertebral canal and no encroachment on the vertebral canal is seen.  There is a nondisplaced fracture through the pars interarticularis of C7 on the right side.

On review of lung windows there is a little bit of dependent atelectasis in both lungs.  Within the visualized lung apices, no pneumothorax is seen.  Visualization of the mediastinum is incomplete on this exam, but no mediastinal hematoma is noted.

**IMPRESSION:**  1) There are mild compression fractures of the T6, T7, and T8 vertebral bodies.
2) There is a nondisplaced fracture of the pars interarticularis of C7 on the right side.
Findings were conveyed to the emergency department at the time of the examination by a VRC radiologist.

**Read By:** JAMES KENNEY, M.D.
**Transcribed By:** JRC

**Dictated Date:** Aug 29 2006  8:43AM
**Transcribed Date:** Aug 29 2006  10:56AM




Unofficial Copy

# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
## PLATTSBURGH, NY 12901

| | | | |
|---|---|---|---|
| PATIENT NAME: | BOUDET, LAURE | RMS ORDER NUMBER: | 90003 |
| MEDICAL RECORD# | 283731 | ORDERED FOR DATE: | Aug 29 2006 |

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY JAMES KENNEY, M.D.**
**Associates in Radiology of Plattsburgh, P.C.**



Unofficial Copy

# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
## PLATTSBURGH, NY 12901

| | | |
|---|---|---|
| PATIENT NAME: | **BOUDET, LAURE** | |
| MEDICAL RECORD# | 283731 | |

| | |
|---|---|
| RMS ORDER NUMBER: | 90001 |
| ORDERED FOR DATE: | Aug 28 2006 |

---

| | | | |
|---|---|---|---|
| ACCOUNT #: | 86574530 | FINANCIAL CLASS:S | ORD NURSE STATION:ED |
| ADMISSION DATE: 08/28/2006 | | INPATIENT ROOM: E06101 | PATIENT CLASS: E |
| INVISION ORD #: | | DATE OF BIRTH: 05/26/1977 | PATIENT PHONE: 0 - |
| PATIENT AGE: 29Y | | PATIENT SEX: F | PT ADDRESS |
| ORDERING PHYSICIAN: | HOHIMER INGRID | | , 12901 |
| ATTENDING PHYSICIAN: | ED PHYSICIAN, | PCP/FAM PHYSICIAN: | NO PRIMARY CARE |
| PHYSICIAN, | | | |

---

### ***Final Report***

ADDITIONAL EXAMS ORDERED:
1760 - CERVICAL SPINE - SINGLE

VIEW

1270 - PELVIS- 1-2 VIEWS
1095 - CHEST-PA-AP X-RAY

**EXAM:  (RAD 1760) CERVICAL SPINE - SINGLE VIEW**          CDM# 19302017
DATE & TIME EXAM COMPLETED: **Aug 28 2006 10:14PM**          CPT: 72020
REASON FOR EXAM: **TRAUMA**          Accession # : 1591327

**FINDINGS:** 1 LATERAL view of the cervical spine was provided. No significant abnormalities are detected in the regional bones, joints, or soft tissues.

**IMPRESSION:**

Normal cervical spine exam.

**Read By:** GERALD SCHULZE, M.D.          **Dictated Date:** Aug 28 2006 10:24PM
**Transcribed By:** GJS          **Transcribed Date:** Aug 28 2006 10:24PM

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY GERALD SCHULZE, M.D.**
**Associates in Radiology of Plattsburgh, P.C.**




Unofficial Copy

# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
## PLATTSBURGH, NY 12901

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | BOUDET, LAURE | **RMS ORDER NUMBER:** | 90001 |
| **MEDICAL RECORD#** | 283731 | **ORDERED FOR DATE:** | Aug 28 2006 |

| | | |
|---|---|---|
| **ACCOUNT #:** 86574530 | **FINANCIAL CLASS:**S | **ORD NURSE STATION:**ED |
| **ADMISSION DATE:** 08/28/2006 | **INPATIENT ROOM:** E06101 | **PATIENT CLASS:** E |
| **INVISION ORD #:** | **DATE OF BIRTH:** 05/26/1977 | **PATIENT PHONE:** 0 - |
| **PATIENT AGE:** 29Y | **PATIENT SEX:** F | **PT ADDRESS** |
| **ORDERING PHYSICIAN:** | HOHIMER INGRID | , 12901 |
| **ATTENDING PHYSICIAN:** | ED PHYSICIAN, | **PCP/FAM PHYSICIAN:** NO PRIMARY CARE |
| **PHYSICIAN,** | | |

## ***Final Report***

**ADDITIONAL EXAMS ORDERED:**
1760 - CERVICAL SPINE - SINGLE
VIEW

1270 - PELVIS- 1-2 VIEWS
1095 - CHEST-PA-AP X-RAY

**EXAM: (RAD 1270) PELVIS- 1-2 VIEWS**     CDM# 19306307
**DATE & TIME EXAM COMPLETED: Aug 28 2006 10:15PM**     CPT: 72170
**REASON FOR EXAM:** TRAUMA/ MVA     Accession # : 1591328

**FINDINGS:** One view of the pelvis was provided. No significant abnormalities are detected in the regional bones, joints, or soft tissues.

**IMPRESSION:**

Normal pelvis exam.

**Read By:** GERALD SCHULZE, M.D.     **Dictated Date:** Aug 28 2006 10:25PM
**Transcribed By:** GJS     **Transcribed Date:** Aug 28 2006 10:25PM

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY GERALD SCHULZE, M.D.**
**Associates in Radiology of Plattsburgh, P.C.**

Page 1 of 1




# RADIOLOGY RESULT DOCUMENT
## CVPH MEDICAL CENTER
## PLATTSBURGH, NY 12901

PATIENT NAME:   BOUDET, LAURE                    RMS ORDER NUMBER:    90001
MEDICAL RECORD#   283731                         ORDERED FOR DATE:    Aug 28 2006

---

ACCOUNT #:        86574530            FINANCIAL CLASS:S            ORD NURSE STATION:ED
ADMISSION DATE: 08/28/2006           INPATIENT ROOM: E06101       PATIENT CLASS:    E
INVISION ORD #:                      DATE OF BIRTH:   05/26/1977  PATIENT PHONE:    0 -
PATIENT AGE:      29Y                PATIENT SEX:     F           PT ADDRESS
ORDERING PHYSICIAN:                  HOHIMER INGRID               , 12901
ATTENDING PHYSICIAN:                 ED PHYSICIAN,                PCP/FAM PHYSICIAN:   NO PRIMARY CARE
PHYSICIAN,

---

### ***Final Report***

ADDITIONAL EXAMS ORDERED:
1760 - CERVICAL SPINE - SINGLE
VIEW

1270 - PELVIS- 1-2 VIEWS
1095 - CHEST-PA-AP X-RAY


**EXAM:  (RAD 1095) CHEST-PA-AP X-RAY**          CDM# 19302009
DATE & TIME EXAM COMPLETED: **Aug 28 2006 10:16PM**          CPT: 71010
REASON FOR EXAM: **MVA/ TRAUMA**          Accession # : 1591329

**FINDINGS:** One view of the chest demonstrates no significant soft tissue or bony abnormality. The lungs are clear. The pulmonary vasculature is normal. The heart is normal in size. The mediastinal structures are unremarkable.


**IMPRESSION:**
 Normal chest.

**Read By:** GERALD SCHULZE, M.D.          **Dictated Date:** Aug 28 2006 10:24PM
**Transcribed By:** GJS          **Transcribed Date:** Aug 28 2006 10:24PM

### THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED BY GERALD SCHULZE, M.D.
### Associates in Radiology of Plattsburgh, P.C.



Unofficial Copy

# CHAMPLAIN VALLEY PHYSICIAN'S HOSPITAL MEDICAL CENTER
## NEUROLOGICAL ASSESSMENT FLOWSHEET

| LEVEL OF CONSCIOUSNESS | DATE | 8/28 | 8/28 | 8/28 | 8/28 | 8/31 | 8/31 | 8/29 | 8/30/8 | 8/30/8 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | TIME | 2220 | 2130 | 2230 | 2330 | 0315 | 0515 | 0100 | 1820 | 0485 | | |
| **EYE OPENING** | | | | | | | | | | | | |
| Spontaneously................4 | | 4 | 4 | 4 | 4 | | | | | | | |
| To Speech, Shout, Shake *.......3 | | | | | | | | | | | | |
| (* Indicate which) | | | | | | | | | | | | |
| To Pain.............................2 | | | | | | | | | | | | |
| None................................1 | | | | | | 4 | 4 | 4 | 4 | 4 | | |
| **VERBAL RESPONSE** | | | | | | | | | | | | |
| Answers Appropriately............5 | | 5 | 5 | 5 | 5 | | | | | | | |
| Confused Conversation...........4 | | | | | | | | | | | | |
| Inappropriate Words..............3 | | | | | | | | | | | | |
| Incomprehensible Sounds.........2 | | | | | | | | | | | | |
| No Verbal Response................1 | | | | | | 5 | 5 | 5 | 5 | 5 | | |
| **MOTOR RESPONSE (BEST RESPONSE)** | | | | | | | | | | | | |
| Purposeful - Obeys..............6 | | 6 | 6 | 6 | 6 | | | | | | | |
| - Localizes..........5 | | | | | | | | | | | | |
| Withdraws.............................4 | | | | | | | | | | | | |
| Decorticate (Abn. Flexion).......3 | | | | | | 6 | 6 | 6 | 6 | 6 | | |
| Decerebrate (Abn. Extension)......2 | | | | | | | | | | | | |
| Flaccid................................1 | | | | | | | | | | | | |
| **GLASGOW POINTS (Total)** | | 15 | 15 | 15 | 15 | 15 | 13 | 15 | 15 | 15 | | |
| **MOTOR STRENGTH ASSESSMENT** | | | | | | | | | | | | |
| ..............................Right Arm | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | |
| ..............................Left Arm | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | |
| ..............................Right Leg | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | |
| ..............................Left Leg | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | |
| See Scale | | | | | | | | | | | | |

| PUPILS | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Right | Size | 2/1 | 2/1 | 2/1 | 2/1 | 4/3 | 8/4 | 4/3 | 2/1 | 2/1 | | |
| Reacts | | Reaction | + | + | + | + | + | + | + | + | + | | |
| Impaired Reaction (Slow response) | Left | Size | 2/1 | 2/1 | 2/1 | 2/1 | 4/3 | 8/4 | 4/3 | 2/1 | 2/1 | | |
| No Reaction | | Reaction | + | + | + | + | + | + | + | + | + | | |
| | | Blood Pressure | 149/89 | 143/95 | 146/89 | / | 133/75 | 148/81 | 146/100 | 153/79 | 140/90 | / | |
| | | Pulse | 77 | 72 | 64 | | 74 | 73 | 74 | 97 | 98 | | |
| | | Respiration | 22 | 20 | 20 | | 18 | 18 | 18 | 18 | 18 | | |
| | | Temperature | 100.0 | 99.0 | 100.0 | | 99.6 | 99.8 | 98.0 | 97 | 99 | | |
| | | Initials | 20 | 20 | 20 | | SH | NB | SH | JB | JB | | |

Pupil Scale (mm)

| Init/Sig: | Init/Sig: | Init/Sig: | Init/Sig: | Init/Sig: | Init/Sig: |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

**MOTOR STRENGTH SCALE:**
5 = Normal movement against gravity and resistance
4 = Full Range of Motion against gravity and moderate resistance
3 = Full Range of Motion against gravity only, but not against resistance
2 = Extremity can move but not against gravity (can move on bed but not lift)
1 = Muscle can be felt to contract but extremity does not move
0 = No visible or palpable contraction of the muscle or movement of extremity
3/30/00 ddt\forms\10013

Addressograph

BOUDET ,LAURE
283731    ED PHYSICIAN
08/28/06          86574530
29 Y  05/26/1977
MR  (  )  -  S

Unofficial Copy

# VACCINE ADMINISTRATION RECORD

The doctor or clinic may keep this record in your medical file or your child's medical file. They will record what vaccine is given, when the vaccine was given, the name of the company that made the vaccine, the vaccine's special lot number, the signature and title of the person who gave the vaccine, and the address where the vaccine was given.

"I have read or have had explained to me the information in this pamphlet about diphtheria, tetanus (lockjaw), and pertussis, DT, Td and tetanus vaccines. I have had a chance to ask questions that were answered to my satisfaction. I believe I understand the benefits and risks of DTP, Pertussis, DT, Td and tetanus vaccines and ask that the vaccine checked below be given to me or to the person named below for whom I am authorized to make this request."

Vaccine to be given: DTP ☐   Pertussis ☐   DT ☐   Td ☒   Tetanus ☐

| Information about person to receive vaccine (Please Print) | | | |
|---|---|---|---|
| Name: BOUDET ,LAURE 283731   ED PHYSICIAN 08/28/06 | e Initial | Date Birth | Age |
| Addre 29 Y  05/26/1977 | | | |
| MR ( ) | County | State | Zip |

Signature of person to receive vaccine or person authorized to make the request: (parent or guardian):

X_____

                                    Date_____

ld\forms\vacconsent
9/97

## CVPH MEDICAL CENTER
75 BEEKMAN ST., PLATTSBURGH, NY 12901 (518) 561-2000 DEA # AC1115888

TETANUS FVD _ PHYSICIAN TOXOIDS
RECORDED - PER ADULT US. 1100
0.5ML VIAL

PATIENT NAME
RX #

Lot U1786DA                              0.5 mL
Tetanus and Diphtheria Toxoids Adsorbed
For Adult Use, DECAVAC™
US Govt Lic #1277
Mfd by: Aventis Pasteur Inc.              Rx only
Swiftwater PA 18370 USA
CPT® Code: 90714                          S243
SITE
ADMINISTERED BY/TITLE

Unofficial Copy

CVPH MEDICAL CENTER EMERGENCY AUTHORIZATION FOR TRANSFER

**ALL SECTIONS (I-VI) NEED TO BE COMPLETED BY THE PHYSICIAN BEFORE TRANSFER CAN BE AUTHORIZED.**

**SECTION I-REASON, BENEFITS, AND RISKS MUST BE DOCUMENTED**

Reason for Transfer _0. Neurosurgeon_

Benefits of Transfer _Trauma Surgeon_      Risks of Transfer _MVA_

**SECTION II- CHECK ONE THAT APPLIES**

A. [✓] The patient has been stabilized such that, within reasonable medical probability, no material deterioration of the patient's or unborn child(ren)'s condition is likely to result from transfer.

B. [ ] The patient's condition has not been stabilized. Based on information available at the time of the patient's transfer, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility out weigh the increased risks, if any, to the patient's medical condition from effecting the transfer.

C. [ ] The patient is being transferred against the advice of the transferring physician by patient or guardian's request.

D. [ ] The patient is in active labor. Based on information available at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility outweigh the increased risks, if any, to the patient's and/or unborn child(ren)'s medical condition from effecting the transfer.

**SECTION III- CHECK ONE THAT APPLIES**

A. [✓] Physician recommends transfer.

B. [ ] Patient/guardian request transfer.

**SECTION IV- CHECK AND COMPLETE ONE THAT APPLIES- Patient/guardian authorization.**

A. [ ] I authorize the medical transfer of _BOUDET, LAURE_ to _MONTREAL GENERAL_
        (Patient's Name)                (Receiving Facility)

The reasons, benefits, and potential risks of the transfer have been explained to me by Dr. _MENIA_ and I understand them fully.

Signed: _X_____ Witness: _____
        (Patient or Legal Guardian)

[ ] I insist on the medical transfer of _____ to_____
        (Patient's Name)                (Receiving Facility)

against the medical advice of Dr._____. I accept and fully understand the risks of the transfer as explained to my by this physician as outlined above.

Signed: _____ Witness:_____
        (Patient or Legal Guardian)

C. [ ] I refuse the transfer of _____against the recommendation of Dr. _____
        (Patient's Name)

I fully understand and accept these risks of refusal.

Signed:_____ Witness:_____
        (Patient or Legal Guardian)

If authorization (or refusal) is signed by legal guardian, state relationship to patient_____

**SECTION V- CHECK ALL BELOW AS APPROPRIATE-The patient is not to be transferred unless all of the following requirements are met.**

A. [✓] The receiving facility has available space and qualified personnel for the treatment of the patient.

B. [✓] The receiving facility has agreed to accept transfer and to provide appropriate medical treatment.

C. [✓] The receiving facility will be provided with appropriate medical records of the examination and treatment of the patient.

D. [✓] The patient will be transferred by qualified personnel and transportation equipment, as required, including the use of necessary and medically appropriate life support measures.

**SECTION VI- Physician Authorization/SIGNATURE**

I certify that I have answered the above questions based upon the information available to me at the time of the patient's examination.

_____          _____
of Authorizing Physician  Physician's Signature     Date

White: MIS      Yellow: Receiving Hospital      Pink: Sending Unit
Rev: 8.2.92    FORM # N264

Addressograph

BOUDET ,LAURE
283731        ED PHYSICIAN
08/28/06                    86574530
29 Y  05/26/1977
MR  (   )        S

Unofficial Copy

## CVPH MEDICAL CENTER EMERGENCY AUTHORIZATION FOR TRANSFER

### ALL SECTIONS (I-VI) NEED TO BE COMPLETED BY THE PHYSICIAN BEFORE TRANSFER CAN BE AUTHORIZED.

**SECTION I- REASON, BENEFITS, AND RISKS MUST BE DOCUMENTED**

Reason for Transfer *F. Neurosurgeon*

Benefits of Transfer *Trauma Surgeon*          Risks of Transfer *MVA*

**SECTION II- CHECK ONE THAT APPLIES**

A. [ ] The patient has been stabilized such that, within reasonable medical probability, no material deterioration of the patient's or unborn child(ren)'s condition is likely to result from transfer.

B. [ ] The patient's condition has not been stabilized. Based on information available at the time of the patient's transfer, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility out weigh the increased risks, if any, to the patient's medical condition from effecting the transfer.

C. [ ] The patient is being transferred against the advice of the transferring physician by patient or guardian's request.

D. [ ] The patient is in active labor. Based on information available at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical treatment at another medical facility outweigh the increased risks, if any, to the patient's and/or unborn child(ren)'s medical condition from effecting the transfer.

**SECTION III- CHECK ONE THAT APPLIES**

A. [✓] Physician recommends transfer.

B. [ ] Patient/guardian request transfer.

**SECTION IV- CHECK AND COMPLETE ONE THAT APPLIES- Patient/guardian authorization.**

A. [ ] I authorize the medical transfer of *BOUDET LAURE*      to *MONTREAL GENERAL*

                               (Patient's Name)                      (Receiving Facility)

The reasons, benefits, and potential risks of the transfer have been explained to me by Dr. *LIEMA*

and I understand them fully.

Signed: X *M. ll.*          Witness: _____

    (Patient or Legal Guardian)

B. [ ] I insist on the medical transfer of *UP RAR X Z* to _____

                                 (Patient's Name)                (Receiving Facility)

against the medical advice of Dr. _____. I accept and fully understand the risks of the transfer as explained to me by this physician as outlined above.

Signed: _____          Witness: *@ 0940, 0950*

    (Patient or Legal Guardian)

C. [ ] I refuse the transfer of _____          against the recommendation of Dr. _____

                         (Patient's Name)

I fully understand and accept these risks of refusal.

Signed: *US* _____          Witness: _____

    (Patient or Legal Guardian) *74-30 - 160 000 36 NR*

If authorization (or refusal) is signed by legal guardian, state relationship to patient. _____

**SECTION V- CHECK ALL BELOW AS APPROPRIATE-The patient is not to be transferred unless all of the following requirements are met.**

A. [✓] The receiving facility has available space and qualified personnel for the treatment of the patient.

B. [✓] The receiving facility has agreed to accept transfer and to provide appropriate medical treatment.

C. [✓] The receiving facility will be provided with appropriate medical records of the examination and treatment of the patient.

D. [✓] The patient will be transferred by qualified personnel and transportation equipment, as required, including the use of necessary and medically appropriate life support measures.

**SECTION VI- Physician Authorization/SIGNATURE**

I certify that I have answered the above questions based upon the information available to me at the time of the patient's examination.

_____          _____

Authorizing Physician          Physician's Signature          Date

| Addressograph |
| --- |

BOUDET ,LAURE
283731                    ED PHYSICIAN
08/28/06
29 Y   05/26/1977                86574530
MR   (     )                              S

CVPH-EMS          Yellow: Receiving Hospital          Pink: Sending Unit

Rev. 3.2.92          FORM # H264